UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No:    23-cv-20849-Gayles/Torres

FILED BY _____ D.C.

MAR 02 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Plaintiff

Raziel Ofer

942 Pennsylvania Ave

Miami Beach, FL 33139

V

Defendants

Judge Laurel Isicoff

Bankruptcy Court Southern District of Florida

301 N MIAMI, Florida

COMPLAINT

## BACKGROUND

**This is a PRO SE complaint by Raziel Ofer Against Judge Isicoff For Breach of Civil Rights And Theft.**

**I Ask for an Injunction to Stay all Proceedings before Judge Isicoff pending this Federal Lawsuit, as she can't preside over my Case while I'm Suing her in Federal Court.**

I state the following:

1. See Exhibit A, emails from me to Judge Isicoff copied to Federal Judges and 11th Circuit Court of Appeal.
2. See Exhibit B, Antisemitic Affidavits.
3. See Exhibit C – Transcript with threats of Felony.
4. Judge Isicoff deliberately ignored Anti-Semitic affidavits against me by the other party and her partners. She said she had read it but refused to let me bring it up in her Court room.  See EXHIBIT B.
5. She is under mega investigation by the FBI, I provided plenty of evidence against her about the FBI investigation. She sent a friend from another City to ask the FBI about her investigation, I offered her all the details but she refuses to admit it or say under oath that this is untrue, although I testified under oath about it. The FBI might agree to testify under confidentiality, so that only the Judge can ask questions, without the presence of Isicoff.
6. Judge Isicoff said on the record that the FBI is corrupt as the investigation is instigated by a friend of mine. When I replied that this a baseless allegation and xonstitute libel, she said it was a joke, pretending she was in a comedy show by the legend broadway actor, Laurel Isicoff…..In fact, branding the FBI corrupt means she can no longer be a Judge, she knows it.
7. She is implicated in a legal recording with cooperation with the other party in Grand Theft. Recently she admitted that the recording is legal and that she committed extortion, which is 2nd degree Felony. The transcript confirms the above.
8. Until now she has refused to listen to the recording, although every innocent Judge would have insisted on immediately listening to the recording and hold an evidentiary hearing. When she listened to it she said she can't hear 'Grand Theft', when I sent her the transcript of the recording she refused to read it and listen to the recording again.
9. She threatened me with a Bench Warrant on an issue she has no jurisdiction over, in an attempt to protect her partners in crime, Stuart Kalb, Roniel Rodriguez and Barry Mukamal.
10. She threastened me by asking how many childrens I've knowing the other party, Stuart Kalb and Roniel Rodriguez were listening.
11. Judge Isicoff is involved in a criminal conspiracy to steal $30M from me and share it with her partners.
12. Pending this lawsuit, I ask for an injunction to Stay all proceedings before Judge Isicoff.
13. I claim $40M from the defendant, for conspiracy to steal $30M with her partners and $10M for damages to my health as a result of fabricated claims of Felony, etc.

**Respectfully Submitted,**

**Raz Ofer,** 646 4317934, 3/2/2023, 942 Pennsylvania Ave, Miami Beach, FL 33139,
3/2/2023.

## Exhibit A – Emails

# DRO - CH 22-12017, 22-01130, 942 Penn - CH 22-14038 - Judge Isicoff is under Criminal Investigation by the FBI

Inbox

Isicoff - Crimes - Federal Judges

Isicoff - Recusal



**Raz Ofer <raz.ofer2@gmail.com>**                     Feb 6, 2023,
                                                        12:24 PM

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle brooks, Dimitrouleas, martinez, williams, me, crw.chambers, whp.chambers, rsr.chambers, jap.c hambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers , jfd.chambers, shb.chambers, fmh.chambers, jec.chambers

Dear Chief Federal Judge Altonega,

See below evidence that Judge Isicoff is under criminal investigation by the FBI. I call for an internal investigation into her criminal activities, see details below. She still refuses to recuse herself.
This email will be published in the media.

Judge Isicoff,

I'm an investor in Miami, I invested tens of millions of dollars and created many jobs, let alone that I converted dilapidated buildings into luxury apartments buildings which now attract professionals, instead of drugs, prostitution and crime. I'll never let you and your

partners in crime, Stuart Kalb, Roniel Rodriguez and Barry Mukamal, steal $30M of my money, never ever, over my dead body.

See attached business cards of one of the FBI agents involved with your criminal investigation. So now you MUST stop lying that you're not under criminal investigation and get your face out of these 2 cases, you MUST recuse yourself now. I know it is difficult for you to face criminal investigation by the FBI, you deserve it and you deserve to go to prison. I'll never stop until I see you in prison.

In case of the slightest suspicion of impropriety then a Judge must recuse herself, but not when it comes to the corrupt Judge Isicoff, you'll refuse to recuse yourself out of fear that Stuart Kalb and Roniel Rodriguez will not pay you the bribes you agreed on. So, for you a criminal investigation of these 2 cases is insufficient....You're one of the biggest crooks and liars in the US.

See below a list of all your lies, unfortunately for you, they are all on the record. You've admitted to a felony of the second degree at the hearing on Friday, 2/3/2023, see below.

Other than your criminal activities, which I'll list below, in DRO CH-22-01130, you're acting without jurisdiction and you're refusing to arrange a hearing on this issue, although you know that if you rule without jurisdiction, you've no immunity, this is apart from your other criminal activities, see below. I filed an expedited motion for a hearing on 1/17/2023, on the issue of jurisdiction, despite knowing the importance of this motion and the issue of jurisdiction, you ignore it and refuse to arrange a hearing. I'll now sue you for damages of over $40M. Whether you agree or not, tghere'll be a hearing, you understand, corrupt Judge Isicoff?

I'll email later on today to all Federal Court Judges, 11th Circuit Court of Appeal and yourself full details of the FBI investigation, including a name of a special agent (a business card) involved with the investigation, he is not the only one, so once and for all, you'll not be able to continue lying on the record that you're not under criminal investigation. See attached the business card of the special agent. You are a crook and a professional liar.

Furthermore, you saw the two videos on YouTube, they say that you're under criminal investigation along with your partners in crime, Stuart Kalb and Roniel Rodriguez, see below the links. It also says that these videos were approved by the FBI. Get out of these 2 cases, so I don't need to see your face ever again lying and stealing money.

If one says that you're under criminal investigation by the FBI and you're not, surely these individual faces 25 years in prison.

Interesting that you filed no criminal complaint.... You know you're a liar and a crook and that you're under criminal investigation.

Below is a link to 2 videos on YouTube, these videos are presented by Angel Martinez, you can check his credentials. In the videos he says that Judge Isicoff is under criminal investigation by the FBI, along with Stuart Kalb and Roniel Rodriguez. He is saying that the FBI approved this video and after the recording he was going to the FBI. If Mr Martinez is lying in the Videos about the FBI, then he faces 25 in prison, as no one can make baseless threats about an FBI investigation.

If there is the slightest perception of impropriety that a JUdge must recuse herself, for you even when you're under criminal investigation, this is not enough to recuse yourself, as you're a crook and a liar. Crooks like yourself believe they're above the law, I'm sure you'll be prosecuted. There is no perfect crime. Prisons are full of people thinking they'll never be caught, including Judges. You're not so smart.

1. I emailed you and your Law Clerk these videos, you can't say that you didn't see it. I attach below the links again.

Needless to say, that you didn't file a criminal complaint against the presenter Mr Martinez, you and your law clerk know the truth. Pity that you implicate your law clerk with your criminal activities, see below for more details.

2. DRO CH 22-12017, CH 22-01130 - This case was before Judge Guzman, State Court. Your partners in crime forged a deed, they brought alleged tenants that said that I was a bad landlord, although nobody looked at my buildings and spoke with my tenants. These alleged tenants never lived in this building; Kalb & Rodriguez paid them to give a false testimony under oath. Judge Guzman immediately appointed his high school friend, Ramon Abadin as a conservator, and took the building from me, in addition to an order that I can't enter to my building(s). Abadin appointed Melanie Damian as his lawyer, I had evidence that Melanie Damaian was a business partner of Stuart Kalb and Roniel Rodriguez (your partners in crime). Kalb was recorded outside Drexel (DRO Case) calling Damian and laughing how they're stealing the building with so-called Judge Guzman. I received ex-parte emails from Kalb and Rodriguez to Damain with a suggested language to hold me in criminal contempt for providing documents late. Kalb & Rodriguez asked Damian to pass it to Judge Guzman so he can hold me in criminal contempt. After a hearing later on this week, Damain immediately submitted a proposed order to hold me in criminal contempt, although this issue was not even discussed at the hearing. Of Course, Judge Guzman immediately signed this proposed order without

changing a word and without waiting on comments from my lawyers. When
I saw it, I immediately emailed Judge Guzman demanding he withdraw
this fabricated order, giving him an hour before I file a criminal
complaint. He withdrew it out of fear within 30 minutes and entered a
proposed order my Lawyers submitted.

When I realized what Guzman is up to, I filed for chapter 11 as I was
desperate to move the case out of this criminal, I knew what he was up
to, everybody in the Courtroom saw he was a criminal.

This property is worth $12M, I bought it in cash for $4M in 2013 and
invested $8M in cash renovating it, it had $1M in debt. It is far from
Bankrupt, it has more than $11M in equity, which you now decided to
give to your partners in crime for $5 (five dollars). I'll not let
crooks like yourself do it, over my dead body.

I didn't believe that you're as corrupt as Guzman and give your
partners in crime these 2 buildings (DRO - One title 2 folios) for $5
(five dollars) 2 buildings worth $12M, just because you said I had a
typo error  in my deed, see below, you're a well established  crook.
Now I understand that you're Melanie's Damian friend and also her
sister in law, Magistrate Judge, Melissa Damian (I'm getting to her
involvement below).

Recording in Public Place of Stuart Kalb & Roniel Rodriguez (Felony,
Laurel Isicoff, Grand Theft & Extortion) - I said in a hearing before
11/15/2022 that I'm going to file a recording, which is a nuclear, I
added that the recording was made in a public place without
expectation of privacy, which is legal. You said nothing about the
recording but you heard and it is on the record that I said it was
made in a public place.

When I spoke at a hearing on 11/15/2022, I mentioned that I filed the
recording in the docket, I said that your two partners in crime,
Stuart Kalb and Roniel Rodriguez, admit they committed a 'Grand Theft'
in the DRO case. You became white but said nothing, when I than said
that the tape mention your name, Laurel Isicoff, some 2 months before
I filed the petition, you exploded, screaming at me that recording is
a felony, although you knew and I said it again that the recording was
made in a public place and it's therefore legal. You threatened me
with felony charges and added that I'm not allowed to mention or use
the recording anymore. Making malicious threats fits the exact
definition of extortion, as you attempted to conceal your crimes, your
malicious threats is an extortion, which is a felony of the second
degree. See attached transcript, page 55 & page 56.  See attached
definition of extortion:

DEFAMATION; LIBEL; THREATENING LETTERS AND SIMILAR OFFENSESView Entire

Chapter
836.05    Threats; extortion.—Whoever, either verbally or by a written or
printed communication, maliciously threatens to accuse another of any
crime or offense, or by such communication maliciously threatens an
injury to the person, property or reputation of another, or
maliciously threatens to expose another to disgrace, or to expose any
secret affecting another, or to impute any deformity or lack of
chastity to another, with intent thereby to extort money or any
pecuniary advantage whatsoever, or with intent to compel the person so
threatened, or any other person, to do any act or refrain from doing
any act against his or her will, shall be guilty of a felony of the
second degree, punishable as provided in s. 775.082, s. 775.083, or s.
775.084.
History.—s. 42, sub-ch. 3, ch. 1637, 1868; RS 2420; GS 3261; RGS 5092;
CGL 7194; s. 1, ch. 57-254; s. 991, ch. 71-136; s. 1307, ch. 97-102.

You then said, see attached transcript that you'll be striking the
recording (as it was a felony), as your corrupt honor wanted to
conceal her crimes.

I filed a motion to reconsider your final SJ giving your partners
these 2 adjacent buildings worth $12M for $5, based on new evidence,
the recording, the new evidence being the admission of 'Grand Theft'
and your name mentioned before even the petition date.

At the hearing you made unbelievable explanations:

2.1. In connection to your name being mentioned before the petition
date, you said there are only 2 Judges.....I reminded you that the
tape says clearly 'that Laurel Isicoff can find a way' (after they
mentioned the Grand Theft). They don't say IF LAUREL ISICOFF, or a
JUDGE CAN FIND A WAY.....It showed they believed they could move it to
your corrupt and criminal honor, the number of Judges is irrelevant
and an absurd claim, only crooks can say it.

As far as the Grand Theft, I said that I must be able to cross examine
them (your partners in crime, Kalb & Rodriguez), to explain why they
said they committed Grand Theft.....You smiled and said it is too
late. Nothing is late, crooked Isicoff, you refused to listen to it
when I brought it up, threatened me with felony and than you strike
it, now it's late, you already decided to let them steal $12M, no
crooked Isicoff, this will not work. You know that a Lawyer, Mark
Roher, said that he drinks Whisky with your husband and they discuss
the cases and passes to you what Roher needs and you do it.....Also,
how did I know that your husband stopped drinking Whisky for 30 days,
many people know it, it appears that your husband is also a crook,
he's your partner in crime.

You and him look like nice people, so was Madoff....

No matter what you say, I demand a rehearing so this recording is heard, an evidentiary hearing must and will take place.

What was outrageous in this hearing last Friday, 3rd February 2023, that when Kalb & Rodriguez's Lawyer spoke (Mr Rosendorf - Your ex-law partner), he said that the recording was a privilege lawyer client discussion......You replied to Rosendorf, this was your biggest CRIMINAL MISTAKE, that the recording was in a public place so it's legal, it's on the record. You're not just a crook but seem to be retarded, as you admitted that the recording was legal and that you committed a felony when you threatened me with a felony...You must move your crooked face from these 2 cases. You can't steal $30M, no crooked Judge Isicoff.

As I mentioned your name, I knew if you say that you must immediately listen to the recording or arrange an evidentiary hearing, then it means you're innocent, but if you start threatening me not to use the tape, then you're guilty. You admitted that you're guilty. Any honest Judge when told about a recording where one side discuss that they committed a grand theft and mention the Judge's name, would immediately insist on listening to it, or at least recusing themselves, but not the crooked Judge Isicoff..

This case was only about the signature box, what if the grand theft is something they forged with the help of someone at Property Appraiser (PA), you would still let them steal $12M for $5 (five dollars).

No crook, you won't be able to do it.

I demand a new trial (you ruled on SJ although there were many issues of fact) because there is now new evidence that they committed grand theft. I had the recording for a long time as I had to improve the quality. It was you that didn't allow me to use it at the time, with your criminal activities, now you say it is too late and you denied the motion.

No crook, the recording will be heard.

3. Lies about Security Guard - I mentioned at a hearing on 1/30/2023 that for some reason when I come to Court, the security people telling me to wait as a guard must accompany me, as per your instructions....So you want a guard to accompany me, not Mr Rodriguez....When I asked you if it was your instructions, you said, on the record, that no, this has nothing to do with you....You again lied on the record, as I asked again when I came to Court on 2/3/2023,

one of the the security guard, they said it is Judge Isicoff's
instructions....It seems if one wants to know what is the truth when
you speak, than clearly the truth is the opposite of what you say.....

You must recuse yourself, Crook.

4. Ontario - 942 Penn RR LLC - This building is worth over $15M with
perhaps $200K in debt. The lawyer that recommended the chapter 11
filing made a huge malpractice violation. I had a fraudulent mortgage
that had to cleared, my foreclosure lawyer, one of the best
foreclosure lawyers in Miami, said he could easily do it in State
Court, but the BK lawyer just thought how to make money. Despite me
and the foreclosure lawyer telling him not to file it, he argued with
me and told me he guarantees there'll be no trustee......

After a week, your corrupt honor appointed a trustee. Although I
instructed the lawyer to dismiss the BK after 10 days, you denied it,
as your partners Kalb & Rodriguez are Mr Mukamal partners (the
so-called trustee), so you wanted to let them teal additional $15M. No
crooked Isicoff, this will never happen. They had a tiny secured
mortgage on a property worth over $15M, there was no reason in the
world not to dismiss the BK 10 days after filing it. but the crooked
Isicoff won't do it, she wants to make her children rich. Not with my
money, crooked Isicoff.

Ontario's proof of claim is not just fabricated, but clearly criminal,
it is an example of how the trustee has operated, no wonder he is a
partner of your partners in crime, Kalb & Rodriguez:

1. The mortgage note provides that the $400K kept in Kagan's escrow
account be used
immediately upon closing of the loan (Oct 2017) to pay the first
mortgage (Immokalee).
2. Due to Kagan's (Ontario's Lawyer and Escrow Agent) misappropriation
of the $400K, the Immokalee loan hasn't been paid.
3. Immokalee loaned J E Bley Overseas (former owner) just under $250K,
so at the time of
the Ontario's closing, the Immokalee loan could have been settled for
around $260K-
$270K. Now, 942 Penn (Penn) needs to pay $1,150,000.00, as a result of
Ontario/Kagan
misappropriation of the $400K and the corrupt settlement by the
trustee with Immokalee..
4. It is clear that the entire settlement with Immokalee must be paid
by Ontario, or by
Ontario to the Estate and from the Estate to Immokalee.
5. At the JSC the Trustee claimed, along with Ontario, as part of
their conspiracy, that I

gave Kagan instructions not to pay Immokalee. When I demanded to see proof of it, they
admitted they've no evidence.
6. This claim is an absurd as Kagan, as admitted by Ontario in the Federal Lawsuit in CA,
was Ontario's Lawyer and Escrow Agent, although they denied it in Florida State Court.
Penn has no contract with Kagan whatsoever, only with Ontario.
7. Ontario only have a SJ for $800K in the Flroida State Court, even this is not final and
Penn has a motion for reconsideration. The Court ruled that a trial is necessary regarding the stolen $400K and Penn's damages.

8. Had Ontario paid Immokalee the $270K in October or November 2017, than not only
Penn would not have had any liability to Immokalee (currently $1,150,000), but Penn
could have used thebalance of $130K to expedite the construction. This would allow
Penn to finish the construction faster and therefore generate additional revenue of at
least $2M.
9. Furthermore, Penn could have sold the building had the Immokalee loan been paid off,
this results in additional damages to Penn of over $3M.
10. Penn found out that Ontario sued him in a Federal Lawsuit in CA for $400K and obtained
a Judgement against him for $400K.
11. Kagan informed me that Ontario sued him in CA for the entire $1.2M, not just for the
$400K and obtained a judgment against him for $1.2M.
12. Ontario have sold some of Kagan's assets in LA and Florida and collected money for
him.
13. Now here comes Ontario, with Mr Silver and Mr Mukamal as the main conspirators, and
say the $1.2M Judgment Ontario got against Kagan is not enough, they also want
Penn to pay them $1.2M…..So that Ontario can get $2.4M plus interest, default interest.
and outrageously inflated legal fees. Scott Brown, Mukamal's Lawyer,
that this is allowed, it is cross state enforcement.....It's simply
two judgments against two different bodies, on the same money, this is criminal.
14. In other words, for example, I sue X for $1.2M and obtain a Judgment against X for this
amount. I realize that I can't collect from X, so I make up a claim against Y for the same.
$1.2M and obtain a judgment also against Y. Of course, I 'forget' to

inform the Court to
drop the claim and Judgment against X.....If this isn't criminal, then nothing is.
15. Ontario confirms, and we checked the record in CA and they didn't
drop the claim and
Judgment against Kagan.
16. Ontario claim that Evan returned to me around $300K in 2021. This
was a return of a
loan from me to Kagan who needed funds to invest in a dispensary in LA
(it is legal in
LA). The agreement says clearly that this has nothing to do with
Penn's claim for
damages against Ontario.
17. The trustee brought a guy who claimed in Court that he is Kagan's
lawyer, this guy has
withdrawn a few years ago, his claim that he still represents Kagan
were false and a
fraud on the Court. The agreement he produced is a copy, not the
original. There were a
few versions of this agreement between me and Kagan. I did text to
Kagan saying he
paid off the $300K, I did it when I was in my car, after a few minutes
I emailed him
saying that he did not pay. Regardless that this has nothing to do
with Penn/Ontario,
Kagan had 3 months to pay back the $300K and he didn't. This agreement
is null and
void.
18. Even if it was, even if it was related to Penn/Ontario, which in
all versions it says it is not,
then Ontario is still responsible for interest, default interest,
Penn's legal fees to fight Immokalee and Ontario and other damages,
interest, default interest, delay to constructions, etc. Again, this
agreement has nothing to do with penn/Ontario, so Ontario is liable to
the full damages as above.19. Stewart Title Policy, which I paid for
it, clearly says that Ontario must pay Immokalee on the day of
closing, (Oct 2017), so Ontario breached the title policy. They can't
blame Kagan, who was their lawyer and escrow agent.

Regardless, Stewart Title has to pay everybody's damages as a result
of Kagan's theft of $400K.

Your partners, Mukamal, Kalb & Rodriguez had to first find out with
Ontario why they didn't ask Stuart Title to pay everybody. Why Ontario
breached the contract with Stuart Title? Why if Ontario has a legal
written contract to pay Immokalee at closing (Oct 2017) Penn has now
to pay Immokalee $1,150,000....

Is it because Mr Silver, Ontario's Lawyer, is the one recommended

Mukamal to be appointed as a trustee and Mr Silver is a business partner of Kalb & Rodriguez......

From $200K, now the trustee wants $6M, increasing his claim by $1M every 2 weeks. No surprize, Brown said that Raz will have all his motions denied as Isicoff approves all his motions.

You even signed an order barring me from entering my building, my property, only dirty crooks can do it. It won't work, crooked Isicoff.

Crooked Isicoff - This won't work, over my dead body, you understand, crook?

5. DRO SJ - This couldn't be determined by SJ, it has many issues of facts. More importantly, you had no jurisdiction to say that Ajar owns it. DRO filed for BK, you can only deal with DRO assets. If you corruptly rules that Ajar own the property, not DRO, because Ajar paid $5 for a $12M property, than the BK is over, you can't rule that Ajar owns it, you've no jurisdiction. If you rule without Jurisdiction for you lose your immunity, I'll now sue you for $40M in damages. What is even more outrageous, that I filed a motion for reconsideration on 1/17/2023. but you refuse to arrange a hearing, knowing you might lose the bribes Kalb and Rodriguez agreed to pay to one of your many charities and foundations.....It seems that even your Son who tragically died in a car accident, has his own foundation.... This technique is used widely by crooks who receive bribes...

6. DRO Bond - You refused my motion to extend the period I can post a bond. I said I'm worried to bring money because of your partners, Kalb & Rodriguez, are forging Judgments against me. I said I sold a property overseas and I need a week extension and suggested to show you the contract, but crooked Isicoff of course denied it.

5. DRO Jurisdiction - See above.

6. Furniture - DRO - I filed a motion to let me remove the furniture I personally bought, you said you would arrange a hearing. Now I understand that Kalb/Rodriguez offered you additional bribe of $500K you refuse to arrange a hearing.

You'll arrange a hearing, crooked Isicoff.

7. Antisemitism (Conservator) - DRO - Abadin, the conservator appointed by Guzman, went to mybuilding and made antisemitic comments about me, like Jews own two many properties, also asking if there are any jewish tenants. These affidavits were filed and you told me that you read it but I can't mention it... A week later you awarded Abadin additional $300K in conservator's certificate.

Antisemitism is criminal, so is helping spread it. I know you're
Jewish, but the $1.7M in bribes seems to be more important to you.

My parents are holocaust survivors, from German origin, I was born and
raised in Israel. My profession is IT, I used to work for the biggest
IT companies in the world, for Accenture in NY (biggest software house
in the world) and then for British Airways, in London.

When my mom was 7 years old, the police came to her class and told her
to go home, her only 'crime' was that she was Jewish.....This will not
happen again. At one point in my life, I decided to buy hotels in
Berlin, just to show that I'm back despite of what happened to my
family. Anyway, today the German people are great, they made a
mistake.

You'll be prosecuted criminally for it.

See attached the antisemitic affidavits.

8. Ex-Parte Illegal Emails - See above. I've all these emails, I can forward it.

9. Public request - When Judge Isicof realized that I made a public
request for her emails, she told me, on the record that I'm not
allowed to request it, she knew she was lying. I'm filing a new
request now in Federal Court in Miami.

10. Guzman Federal Lawsuit (Magistrate Judge Melissa Damian) - I sued
Judge Guzman in Federal, see above for the reasons. Miraculously,
magistrate Judge Melissa Damian, the sister-in-law of Melanie Damian,
which is at the center of the corruption with Judge Guzman, was
appointed as a Judge....I immediately objected as Melanie Damian was
mentioned in every filing, but Melissa Damian refused to recuse
herself. She only did id after she prepared the dismissal order and
left it to a senior Judge for him to sign. She is clearly implicated
with the criminal activities in this case.

11. Obstruction of Justice - Once I filed a recusal motion mentioning
you're under criminal investigation, you admitted that you signed an
order to investigate me and said at the end of a hearing that you'll
only cancel it if I stop your criminal investigation.  This is
extortion and an obstruction of Justice, as you're trying to cause me
to disappear so that I can provide more details of your criminal
investigation.

12. Other Investigations - This isn't the first time you partner with
Kalb/Rodriguez to steal other people money.

Everything in this email is true. I know that Isicoff would try to

issue a warrant for my arrest, in order to hide her crimes. I'm happy to go to prison.

A fair Judicial system is a cornerstone of democracy, Judge's Isicoff attack on the US democracy must be stopped.

Raz Ofer

Below are links to the videos:

The judge faced a petition from the defense to remove herself from the case. - YouTube

Judicial Corruption in Miami: EEUU. The Scandalous Truth | Detective Angel - YouTube

**5 Attachments** · Scanned by Gmail



**Raz Ofer <raz.ofer2@gmail.com>**                    Feb 6, 2023,
                                                         12:27 PM

to Kayla, Noemi

The below was sent to Judge Isicoff, all Federal Court Judges and all 11th Circuit Judges.
---------- Forwarded message ---------
From: Raz Ofer <raz.ofer2@gmail.com>
Date: Mon, Feb 6, 2023 at 12:24 PM
Subject: DRO - CH 22-12017, 22-01130, 942 Penn - CH 22-14038 - Judge Isicoff is under Criminal Investigation by the FBI
To: FLSB LMI Chamber <lmi_chambers@flsb.uscourts.gov>,
<ram_chambers@flsb.uscourts.gov>, <mim_chambers@flsb.uscourts.gov>,
<pgh_chambers@flsb.uscourts.gov>, <altonaga@flsd.uscourts.gov>,
<gayles@flsd.uscourts.gov>, <scola@flsd.uscourts.gov>,

<moore@flsd.uscourts.gov>, <middlebrooks@flsd.uscourts.gov>,
<Dimitrouleas@flsd.uscourts.gov>, <martinez@flsd.uscourts.gov>,
<williams@flsd.uscourts.gov>
Cc: Raz Ofer <raz.ofer2@gmail.com>, <crw.chambers@ca11.uscourts.gov>,
<whp.chambers@ca11.uscourts.gov>, <rsr.chambers@ca11.uscourts.gov>,
<jap.chambers@ca11.uscourts.gov>, <kcn.chambers@ca11.uscourts.gov>,
<elb.chambers@ca11.uscourts.gov>, <rjl.chambers@ca11.uscourts.gov>,
<alb.chambers@ca11.uscourts.gov>, <gbt.chambers@ca11.uscourts.gov>,
<jle.chambers@ca11.uscourts.gov>, <jfd.chambers@ca11.uscourts.gov>,
<shb.chambers@ca11.uscourts.gov>, <fmh.chambers@ca11.uscourts.gov>,
<jec.chambers@ca11.uscourts.gov>

**5 Attachments** · Scanned by Gmail



**Raz Ofer <raz.ofer2@gmail.com>**                                    Feb 7, 2023,
                                                                      1:17 AM

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle
brooks, Dimitrouleas, martinez, williams, crw.chambers, whp.chambers, rsr.chambers, jap.cham
bers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.
chambers, shb.chambers, fmh.chambers, jec.chambers, me


Judge Isicoff,

1. Your partners in crime, Stuart Kalb and Roniel Rodriguez are the
other parties in the two cases before you.
2. The FBI told you that they're investigating Kalb & Rodriguez as
they don't say who they're investigating. If Kalb & Rodriguez are
being investigated in 2 cases in front of you, how can they be
involved in criminal activity without your involvement?
3. You know you're under criminal investigation by the FBI and you
know you'll go to prison. You've already admitted to have committed a
felony.
4. I showed you evidence today just so that you stop lying.
5. I'm filing tomorrow new recusal motions in each of the cases.
6. You're making comments against me with purpose o preventing me from
retaining a Lawyer, as you do it in a way that you threaten new
lawyers not to represent me.

Stop lying and recuse yourself.

Raz Ofer



**Raz Ofer <raz.ofer2@gmail.com>**                                    Feb 7, 2023,
                                                                      10:57 AM

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle brooks, Dimitrouleas, martinez, williams, crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers, me

Judge Isicoff,

All Federal Court Judges and 11th Circuit Court of appeal are copied to an email I just sent you. You acting without Jurisdiction in the DRO case, see below, yet you're refusing to arrange a hearing. I trust you're aware that ruling without Jurisdiction voids your immunity, regardless, you've no immunity for criminal activities or when you break the law.

You're under criminal investigation by the FBI and you'll go to prison.

If necessary, I'm prepared to forward the District Court Chief Judge Altonaga, for in Court Inspection, a copy of texts with the FBI proving you're under criminal investigation.

I'm filing a new recusal motion, you must recuse yourself, you're not above the Law.

Judge Isicoff,

I filed the attached motion requesting a hearing as the Court has no Jurisdiction to rule that Ajar owns the property, only if DRO owns it or not.

This is in addition to the evidence I provided yesterday that you're under criminal investigation by the FBI and that you admitted to have committed a Felony in the 2nd degree.

I'm going to the FBI today.

You said on Friday, 2/3/2023 that you already had 4 Federal Lawsuits against you, are you sure that you only had 4 lawsuits or more?

Do all BK Judges, who serve the same time as you, had 4 Federal lawsuits.....?

How many charities, non profit, foundations do you have? Usually people that receive bribes set up these types of entities.....You've too many.......

If you refuse to arrange a hearing then let me know.

I'm filing a new recusal motion today, you must recuse yourself. Everytime you deny such a motion, your situation gets worth.....

Raz

**One attachment** · Scanned by Gmail



**Raz Ofer <raz.ofer2@gmail.com>**                    Feb 7, 2023,
                                                       12:18 PM

to Kayla, FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middlebrooks, Dimitrouleas, martinez, williams, crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers, me


Judge Isicoff,

If you're interested, I'm ready to show text messages, for in camera inspection, with the FBI showing you're under criminal investigation by the FBI.

I want to ensure that you don't continue to lie to everybody that you're not under criminal investigation.

You're playing with your freedom, I know you want to finish with the

cases quickly so that you can get the bribes and then disappear, it won't work.

Also, the comments that you make in Court about me are only designed to prevent other lawyers from representing me, as they say that you'll destroy them if they represent me.

Raz Ofer



**Raz Ofer <raz.ofer2@gmail.com>**                                    Feb 16, 2023,
                                                                       11:40 AM

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle brooks, Dimitrouleas, martinez, williams, crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd. chambers, shb.chambers, fmh.chambers, jec.chambers, bcc: David, bcc: me

Judge Isicoff,

I'm copying all Federal Court JUdges and 11th Circuit Court of Appeal Judges to my email to you yesterday. Your comets at the healing on  Monday, 2/13/2023, were serious and completely false. I know at the end, after I spoke, you cancelled your order, but what you said is on record and it must be removed.

# 'Forged' Docusign - 942 Penn - CH 22-14038 - Serious Fraud by the Trustee and His Lawyer

Inbox

Isicoff - Forged DOCUSIGN



**Raz Ofer <raz.ofer2@gmail.com>**                                   Feb 15, 2023, 11:09 AM (1
                                                                            day ago)

to FLSB, me, David, Scott, Barry, Eric, Kayla


Judge Isicoff,


The below is an extremely serious issue of fraud and perjury by the trustee and his lawyer, Scott
Brown. I'll need to verify who else is involved by forensically inspecting everybody's desktops,
mobile devices and laptops. I strongly suspect that Silver and Rodriguez are part of it.


Please read the below carefully.


At the evidentiary hearing to approve the Ontario settlement, Mukamal claimed that he
entered alphanumerical "Envelop ID" or other identifiers that appear below the DocuSign signatures and
concluded that this DOCUSIGN document is 'Forged'.


The only way that Mukamal, or anyone, can verify the authenticity of a Docusign document is by
requesting the certificate of compliance from me or Kagan, before he can audit or verify the
authenticity of the document.  The certificate will confirm the Envelope ID number of pages,dates, times
and everyone involved in the process.


The fact that Mukamal is not that intelligent we all know, but it doesn't mean he is allowed to lie
under oath just because of his mental ability. It is also interesting that Mukamal didn't say that
'perhaps' Kagan forged this document.....Again, no 3rd party can verify a Docusign document.
Mukamal could have easily verified it himself and see that what he said is at best BS.......


Mukamal therefore knowingly and deliberately lied to the Court under oath, which is perjury, as
part of the continuing lies they spread about me. No wonder that he's prepared to lie under oath
so that he can steal millions, he can forget it. These crimes will stop.


What makes it much worth, Roher who didn't attend the hearing and there's still no transcript,
wrote to the Bar today, in his response to the Bar complaint, saying Judge Isicoff ruled on
Monday that I forged the docusign document....., Brown told him.....So now Brown/Mukamal are
working with this drug addict against me. On a separate note, Roher took a urine test to verify if
he smokes drugs but blacked out some of the results.....Let alone that traces of cockaine only

stay in the body for 48 hours....He also said that Brown is giving him a copy of the transcript for free, after paying for it with my money, but Brown won't give it to me.....

Florida Bar documents are public information, so this is now a serious libellous case against me.

I'm filing today the following:

1. A motion to void all past settlement agreements with the trustee as he breached these agreements.
2. A renewed motion to remove the trustee, which includes the above.

I believe that the trustee and his lawyer must suspend themselves, or be immediately suspended, as a result of the above, pending a hearing on their removal. I trust the Court will request them to do it.

I ask the Court to withdraw the libellous order, or clarify that no evidence was provided to the Court that I 'forged' any document.

I'll be filing a libellous lawsuit against the trustee and his lawyer.

Thank you.

Raz



**Raz Ofer <raz.ofer2@gmail.com>**          Feb 22, 2023, 9:49 PM (8 days ago)

to Kayla, FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middlebrooks, Dimitrouleas, martinez, williams, me, crw.chambers, whp.chambers, rsr.chamber

s, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.ch ambers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers

Dear Judge Altonaga,

Below is an email I sent today to Judge Isicoff, in response to a hearing today, Wed, 22nd Feb 2023, 1:45PM.

Judge Isicoff no longer denies that she is under criminal investigation by the FBI, but says that it doesn't interrupt the Court work.....

Judge Isicoff,

Below is a list of deliberate lies that you said today on the record, I suggest that you check the transcript. It seems like you're trying to cover yourself from the FBI investigation, what you do is silly.

1.

1.1. You said today that finally you listened to the recording twice.

 As far as Kalb & Rodriguez mentioning your name 2 months before the petition date, you said that it says 'that Laurel Isicoff can find a way'....You said that it meant that you could rule in our favor.....How do you know what Stuart Kalb meant.....? The point is that they're not saying a 'JUDGE' can find a way, but LAUREL ISICOFF....These two must be crossed examined about it.

1.2. Grand Theft - Your claim that you  didn't hear about 'grand theft' is a blunt lie, the quality of when they talk about 'Grand Theft'  is better than when they mention your name. Would you agree to give an affidavit or a declaration saying you couldn't hear it, or perhaps ask your Lawclerk to do it. You know you're lying, I expected it.

How do you know that this is the only recording? How do you know that there are no emails that implicate you with the crimes.

Below is a transcript of the recording so you then listen to the recording again....It is very interesting that only now you listened to the recording, although I mentioned 100 times the contents in this recording.

--------------------------------------------------------------------------------

Recording

--------------

2: He can't get anyone that'd be able to bring it. It's too late he's so lost and there's no way that would get out …"

1: Mark said he was talking about chapter 11 I said god bless him. Chapter 11 doesn't necessarily help us. Some bankruptcy judge could look at it and say it's grand theft. It's bankruptcy you never know. I mean I think we'll get past it but we'll spend a bunch of money."

2: Who's going into chapter 11?

1: Well raz to say we improperly stole his stock.

2: How'd he do that? It's been…

1: That's where we have a problem.

2: Not only would it be a problem it's over a year. There's an order of turnover over a year ago. Sales over a year ago. Then there was this settlement agreement."

1: Yeah, he was trying to think if they try and set the sale aside as a fraudulent conveyance.

2: How can they file conveyance?

2: Something termination this weekend?

1: Yeah that's true. That may save us. We gotta get rid of that appeal… which should be gone by the- by Friday.

2: He said the value of the stock was zero. So he did we not get any reasonable __ value?

1: Well now he's saying this is __. I- I know, but I was just- he's saying that he has a fifteen million dollar lien. How did he prove that?

2: On his schedule, on his little schedules.

1: No, I got all that, but I could see Laurel Isicoff saying let me find a way.

2: There's no way. Impossible. That ones impossible. Too late. And with that many opinions __ I've heard in numerous traditional opinions.

1: Yeah, and I think we will get past the uh, HOPEFULLY, implicit?

His response is due when? Tomorrow?

2: To what?

1: To that appeal on the 16th.

2: 16th.

1: Ok so we have a little time. His response was due yesterday… for something.

Something else was due the 11th.

2: __ on my desk, to file the second motion to dismiss.

---

If you were innocent you would have immediately requested to listen to the recording and hold an evidentiary hearing, but not a Judge who knows she's guilty and implicated in a criminal conspiracy with Stuart Kalb, Roniel Rodriguez, etc.

2.

2.1. You said today that you did not threaten me with Felony when I mentioned the tape.

This is the biggest lie I've heard in my life. You also said that you didn't raise your voice when I mentioned the recording.

A day before I mentioned the recording in front of you, I filed a notice of recording saying the recording was made in a public place and it is therefore legal. Not only this, at a previous hearing to the one on 11/15/2022, I said 'I'm going to file a recording which was made in a public place and this recording is a NUCLEAR'. So you knew the recording was made in a public place.

When I mentioned the recording on 11/15/2023 and said that our name is mentioned, you did raise your voice (you then apologized) and said that recording without permission is a Felony (no one can dispute that given the circumstances that you're trying to conceal your crimes, it is an extortion), this was confirmed by 3 top criminal lawyers in Miami). You didn't say you need to check if it was done in a public place, nothing, just pure threats of Felony directed to me, in order to scare me.

You added that you will not listen to it and you're going to strike it, which you did the same day, adding that I'm not allowed to talk about it or mention it to anyone, I knew what you meant....At that time this recording had already been with the FBI.....

Extortion is a Felony in the 2nd degree and you clearly committed a felony. You'll have to listen to the music....

3. You said today that now you realize that the recording was made in a public place, so it is legal.....See above and in the transcripts, you're bluntly lying. You knew it all along. You now admit that what you did is an extortion.

4. When you denied the motion for reconsideration, in the end, I said that it is good that you didn't invalidate the CDI Lien and construction agreement (section 8.3 provides for a leasehold until CDI is paid the full value of the construction agreement), so once the conservator is removed CDI can change  the locks, I thanked you for it. You replied, on the record, that you'll issue a 'bench warrant'.....CDI is a 3rd party, you've no jurisdiction, BK doesn't cancel  leasehold,  CDI will present all invoices. Although I said that CDI can change the locks, you threatened me personally, like you saying I need to look after my business partners, Kalb & Rodriguez.

5. Remand - I meant to remand the adversary, which is what Rosendorf asked repeatedly, not the conservator. The adversary I thought can be remanded as you've no jurisdiction to rule that Ajar owns it, only if DRO owns it or not.

I said I only agree to remand the case that determines ownership and only to a Jury trial.

You've seen and ignored the ex-parte emails between Stuart Kalb, Roniel Rodriguez, Abadin, Melanie Damian and Judge Guzman, it is outrageous. At one point he even signed a fabricated order prepared by Melanie Damian, contradicting the hearing and he signed it without changing a word. WHen I saw it I gave him one hour to vacate it or I'll file a criminal complaint, we also sent him a competing order. Guzman within 10 mins vacated their order and entered my order, he knew what he did was criminal.

Guzman will sign anything they ask him, even if they prepare an order that they're allowed to shoot me in the head......

I demand that you don't remand anything to Judge Guzman, unless it is the entire adversary to determine ownership and unless it is for a Jury trial.

If you just remand to Guzman the part of the conservator, it will clearly show that you're implicated with their crimes even deeper. I strongly object to it.

You said that I wanted to recuse you, so this will achieve the same goal. This is another blunt lie.

If you recuse yourself that all your decisions will be up for reconsideration, it will be an objective Judge, not a corrupt one.

Based on the Florida Bar, the same is in Federal Statute, a Judge that comments on a recusal motion, other than legally insufficient, has in fact recused him/herself. You did comment at length, but you're above the law.

See the link below, you've already recused yourself.

https://www.floridabar.org/the-florida-bar-news/to-recuse-or-not-to-recuse-how-to-do-it-is-the-real-question/

I understand why you are worried to recuse yourself, you believe that this will be taken as an admission that you're guilty. The investigation will not change whether you recuse yourself or not.

7. You said that you're not aware of any FBI investigation. You added that perhaps I've a friend at the FBI. you then said you didn't mean it. I don't have friends at the FBI, and in this case, I would have needed a few friends, not just one......

In fact, you're the one that sent a friend to the FBI to find out about your investigation, you're wasting public money to help protect yourself.......You've a business card of one special agent who is part of the investigation, he is not the one that is in charge.

8. Antisemitisim - You admitted today that you ignored these affidavits and said that I can bring it up with Anti Defamation League (ADL). Antisemitisim is criminal, it is now part of the constitution, you can't ignore it. You must have dealt with it and refer the conservator for a criminal investigation. You didn't, as they're all your business partners. I'm not saying that you're antisemitic, I know you're Jewish, but the bribes that you get are more important than your 'values'.

I'm in discussions with the US most prominent lawyer, not a Florida Lawyer, a Harvard Law Professor, he knows the case well and reviewed the antisemitic affidavits, he said that you must have investigated it and he would request evidence of what you did it. He flipped when he read these affidavits.

9. You said that I'm being escorted in Court is because a US Marshall decision....You said you sent them my emails, I never threatened anyone in my life. I'm only telling you the truth, that you're lying, that you threatened me with fabricated felony in order to scare me, baseless bench

warrant and that I'll file a lawsuit against you in Federal Court, which you said you've already been sued 4 times, guess you're holding the record... So it is you that sent them email asking to escort me, which is humiliating.

It does prevent me from retaining new lawyers, you know it, you must stop lying, I'll not come to Court with a new lawyer to see that I'm being escorted, this never happened to me in my life.

My emails are the opposite of threatening, I'm a victim of a criminal conspiracy by yourself and your business partners to steal $30M from me.

9. I'll file a new recusal motion tomorrow and ask for you to recuse yourself immediately. This case and your actions seem to fit a blockbuster movie, not a Court case with an impartial Judge, you must recuse yourself.

10. You said today  that you don't know Kalb & Rodriguez and they're not your business partners. I didn't expect you to say the opposite....

11. There is other evidence against you.

You recusal is long overdue, at least decide according to the Statute, see above.

Raz Ofer

Below is an email I sent today to Judge Isicoff,she's copied. This is in response to a hearing today.



**Raz Ofer <raz.ofer2@gmail.com>**                    Feb 24, 2023, 12:37 PM (6 days ago)

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle
brooks, Dimitrouleas, martinez, williams, Kayla, me, crw.chambers, whp.chambers, rsr.chambers
, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.cha
mbers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers

Judge Isicoff,

I'm copying Federal Court Judges as well as 11th Circuit Court of Appeal Judges, due to the
seriousness of the issues involved.

I just filed the attached recusal motion.

At a hearing on 2/22/2023, you said on the record the following:

1. That you finally listened to the recording twice and you couldn't hear the other party saying
'GRAND THEFT'. Thousands of people listened to the recording and they all heard GRAND
THEFT loud and clear. In fact, the YouTube video, that was approved by the FBI, stops when
they say Grand Theft. I emailed you the video twice. Needless to say that the FBI has got the
recording and they too can hear Grand Theft.

I sent you on 2/22/2023 the transcript of the recording where you can see where they discuss
the GRAND THEFT. When I told you at the hearing that I'll forward you the transcript you replied
'I won't read it'.....Of course, this will damage the deal and the bribes between you and your
business partners, Stuart Kalb, Roniel Rodriguez, etc.

Below is the link to the recording so that everyone can listen and hear the grand theft, the
recording is also attached to this email (enhanced quality), also below is the transcript:

https://drive.google.com/file/d/1NO3MKmXG12p-RtoK4tYjLHMX4TO4bmIv/view

2: He can't get anyone that'd be able to bring it. It's too late he's so lost and there's no way that
would get out …"

1: Mark said he was talking about chapter 11 I said god bless him. Chapter 11 doesn't
necessarily help us. Some bankruptcy judge could look at it and say it's **grand theft**. It's
bankruptcy you never know. I mean I think we'll get past it but we'll spend a bunch of money."

2: Who's going into chapter 11?

1: Well raz to say we improperly stole his stock.

2: How'd he do that? It's been…

1: That's where we have a problem.

2: Not only would it be a problem it's over a year. There's an order of turnover over a year ago. Sales over a year ago. Then there was this settlement agreement."

1: Yeah, he was trying to think if they try and set the sale aside as a fraudulent conveyance.

2: How can they file conveyance?

2: Something termination this weekend?

1: Yeah that's true. That may save us. We gotta get rid of that appeal… which should be gone by the- by Friday.

2: He said the value of the stock was zero. So he did we not get any reasonable __ value?

1: Well now he's saying this is __. I- I know, but I was just- he's saying that he has a fifteen million dollar lien. How did he prove that?

2: On his schedule, on his little schedules.

1: No, I got all that, but I could see Elaurel Isicoff saying let me find a way.

2: There's no way. Impossible. That ones impossible. Too late. And with that many opinions __ I've heard in numerous traditional opinions.

1: Yeah, and I think we will get past the uh, HOPEFULLY, implicit?

His response is due when? Tomorrow?

2: To what?

1: To that appeal on the 16th.

2: 16th.

1: Ok so we have a little time. His response was due yesterday… for something.

Something else was due the 11th.

2: __ on my desk, to file the second motion to dismiss.


I ask that you listen again to the recording and arrange an evidentiary hearing, I'll file a motion requesting it, where Stuart Kalb & Roniel Rodriguez can be crossed. It is unthinkable that you would deny it. Any impartial Judge would immediately ask to listen to the recording and make these two guys testify under oath. This will never go away.. Better that you hold an evidentiary hearing then the FBI will make you listen to it.

2. You said on the 2/22/2023 hearing that the FBI investigation is because Mr Ofer has a friend in the FBI, you added that it does not affect the Court's work...

I said I don't have a friend at the FBI, you say 'your comments were sarcastic or a joke', saying that the FBI investigation is because I've a friend at the FBI is very serious, it's not a joke.

Your investigation, along with Kalb & Rodriguez, is conducted by more than one agent, you implied that the FBI is corrupt, this is outrageous, you said it on the record.

If anything, you sent a friend, from a different City, to find out about your investigation, wasting public money, this is a 'secret' that only you and I know.

3. The FBI investigation is evolving, it's much bigger than what you think.

4. You're commenting at length on my recusal motion, a Judge that says anything other than 'legally insufficient' is automatically recused, see the below link, you're not above the law.:

https://www.floridabar.org/the-florida-bar-news/to-recuse-or-not-to-recuse-how-to-do-it-is-the-real-question/

It is beyond me why you fight so hard not to recuse yourself, it'll only help you.

The email I sent you mention the FBI investigation, your threats on me that recording is a felony (now you admitted that recording in public is legal), so you now agree that your comments on 11/15/2023 hearing (felony) was an extortion. You forward these emails to tghe US Marshall, as you said on 2/22/2023 and now they escort me in Court. This never happened to me in my life, not in Miami, NY, LA, Washington, London & Paris.

.

Surely, if that's what you think about me, then you can't be impartial.and you must recuse yourself.

If you recuse yourself it'll only help you, it is long long overdue.

Raz Ofer

Cell: 646 4317934.

**3 Attachments** • Scanned by Gmail

**Ra
z
Of
er**

Feb 24, 2023, 12:42 PM (6 days ago)

FYI

**Raz Ofer <raz.ofer2@gmail.com>**

Feb 24, 2023, 12:46 PM (6 days ago)

to Robert, chlo, Taylor

Hi All,

Just sent it to all Federal Court Judges and 11th Circuit Court of appeal, in connection with the recusal motion we filed today. I don't think she'll recuse herself, but it increases the pressure on her.

Raz

**2 Attachments** • Scanned by Gmail



**Raz Ofer <raz.ofer2@gmail.com>**                    Mar 1, 2023, 1:35 AM (1 day ago)

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle brooks, Dimitrouleas, martinez, williams, Kayla, crw.chambers, whp.chambers, rsr.chambers, jap .chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambe rs, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers, me, bcc: David

Judge Isicoff,

All Federal and 11th Circuit Court of Appeal Judges are copied.

Your criminal activities continue unabated, at a faster pace.

1. At today's hearing, you called the FBI investigation 'fantazy investigation'.....This is after you said last to be a Judge despite saying on the record that the FBI , 2/22/2023, that the FBI investigation was instigated by a friend of mine in the FBI. When I said that what you said has serious implications, you immediately responded that this was a 'joke'...FBI investigation isn't a joke and you speak in your Court room you're not an actor in a comedy show, you understand or not?

What you said is that the FBI is corrupt. Now come Judge Isicoff, or so called Judge, and say I want to continue to be a JUdge despite saying the FBI is corrupt.

No, Ms Isicoff, the FBI isn't corrupt, you're being investigated on multiple cases, not just about my 2 cases, your same business partners are involved in your criminal conspiracy, you, Stuart Kalb, Roniel Rodrigues and Mukamal.

Not only the FBI isn't corrupt, you're the only corrupt person in this saga, you sent your little friend to the FBI, from a different State, to find out about what you're being investigated, you asked your you didn't do it, friend to waste public money to get you critical information. I know the name of who you sent and the day he came, so don't tell me you didn't do it, which is what you said today. I replied that I've the name and I said under penalty of perjury that you did send your 'little' friend to the FBI, interesting that you wouldn't say under penalty of perjury that you didn't send him......

uPlease don't say again that you're not corrupt and a liar.

2. When I initially mentioned the recording that implicated you personally with grand theft, instead of demanding to immediately hear the tape and hold an evidentiary hearing, which is what every innocent Judge would do, you said that what I did recording without consent is a felony, you said it despite knowing that it was recorded in a public place with no expectation of privacy. You added, it's on record, I've the transcript, that I'm not allowed to use this recording or mention it to anyone and you were going to strike the recording, which you did the same day, so that your crimes can be concealed.

On 2/22/2023 you out of the blue said that the recording was in a public place, so it was legal, you said it in response to the other party Lawyer, Rosendorf, who said the recording was illegal as it was client lawyer privileged discussion, forgetting it was in a public place.

So now comes Ms Isicoff and admit that she her threats on me of Felony was an extortion, as above.

Today, the same Ms Isicoff said in open Court that when she said it was a felony it wasn't a RULING.....Ms Isicoff, who said it was a ruling, I said it was an extortion, which is what 3 prominent criminal lawyers said, 2 of them know you personally, I'll not mention names. Extortion is a 2nd degree felony, no way out of it, you'll have to do time.

You said today that you're not worried as you're a Federal Judge, yes you're an article 3 Federal Judge, luckily all other Federal Judges are super honest and fair, none of them is under criminal investigation by the FBI.

Why don't you just email everyone copied to this email saying' I, Laurel Isicoff, saying under penalty of perjury that I didn't ask anyone to approach the FBI to find out if I'm under criminal investigation'? Please do it. I'm saying under penalty of perjury that you did do it and I can prove it. I also gave you a business card of an FBI agent who is involved with the investigation, is not heading the investigation, but part of it.

You must stop lying.

3. I filed a motion today in response to the trustee's motion to approve a settlement with Ontario (an alleged creditor). I filed an initial response yesterday and said that it'll be supplemented

today, as I was in hospital and I needed a Lawyer to work on the response and add the Statute and case laws.

I also emailed it to you and the other parties the complete motion, at 8AM, ahead of the hearing at 1:30PM, as prepared by a prominent Lawyer. Apparently, you instructed the clerk not to file this response, you knew it was solid as I emailed it to you before it was filed. Of course, you wanted to block it as you know it is a very strong motion backed by case laws which contradict your corrupt decision.

This full motion is attached to this email, so everyone can see that it is a very professional motion prepared by a very good lawyer.

At the hearing you said nothing, that you blocked the motion so that no one can see it in the docket, guess you didn't want the FBI to see it, knowing they monitor the docket and the hearings.....

When I mentioned today the final motion that I filed and that a Lawyer helped prepare it, you demanded to know the name of this lawyer saying it was illegal for a lawyer to help with the motion. Of course, I would never tell you his name, he follows your corrupt actions and knows you, so I'll never mention his name. This is outrageous, as you tried to threaten a lawyer not to help me.....Why do you care if a lawyer helps me, are you worried that the case laws he cites damage your corrupt decisions, how dare you threaten a lawyer who helps me. Instead of looking at case law and the merit of the case, you threaten me not to speak to a lawyer.

This afternoon we realized that despite filing this motion, you removed the link so no one who looks at the docket can see it. What makes it worth that you didn't even say you blocked and removed this motion from the record.

This is a clear criminal activity, of course you approved the trustee's motion while ignoring my reply, despite knowing it was prepared by a prominent lawyer.

I request that you immediately restore this motion and rearrange today's hearing based on the attached response.

I did today file a Federal lawsuit against Ontario, Stewart Title, Kagan (Ontario's lawyer and escrow agent who admitted stealing the $400K) and the trustee. You initially said that I'm not allowed to sue the trustee, but when I told you that this is nonsense as I sue him personally, you agree that I'm allowed to sue him.



world wide reputation in certain areas of IT. I know someone hacked into my desktop, so I need to investigate it. I'm not saying you're behind it, but all the emails with you are affected.


Raz Ofer




**Exhibit B – Antisemitic Affidavits**




**Exhibit C – Transcript (Pages 55 & 56).**

4. Today you came up with a great idea, after you ruled on anything in a corrupt way, you said that you again denied the recusal motion I filed yesterday and instead you decided to remand the case to State Court.....You clearly doing it to get rid of this case due to the FBI investigation, it won't help you.

If you remand the case, so why don't you recuse yourself, it's the same thing, the only difference is that if you recuse yourself then another Judge will reconsider all your decisions, which you've a reason to object to it....

I was late to file a brief of your denial of the previous recusal motion, due to the fact that I was in hospital and other medical conditions, I'll try to file the brief tomorrow, I hope it'll be accepted. If not, I'll file an appeal on today's recusal which you denied despite knowing that you've already recused yourself by commenting at length on my recusal motion, where you can only say if it's legally insufficient, I attached the Statute, but you always believe that you're above the law.

Chief Federal Court Judge Altonaga,

I ask for a criminal investigation as to why Judge Isicoff blocked the attached motion and removed it from the docket without telling anyone, this is a super professional motion.

Raz Ofer

**One attachment • Scanned by Gmail**

---------- Forwarded message ---------
From: **Raz Ofer** <raz.ofer2@gmail.com>
Date: Thu, Mar 2, 2023 at 12:13 PM
Subject: Re: DRO - CH 22-12017, 22-01130, 942 Penn - CH 22-14038 - Judge Isicoff is under Criminal Investigation by the FBI
To: FLSB LMI Chamber <lmi_chambers@flsb.uscourts.gov>, <ram_chambers@flsb.uscourts.gov>, <mim_chambers@flsb.uscourts.gov>, <pgh_chambers@flsb.uscourts.gov>, <altonaga@flsd.uscourts.gov>, <gayles@flsd.uscourts.gov>, <scola@flsd.uscourts.gov>, <moore@flsd.uscourts.gov>, <middlebrooks@flsd.uscourts.gov>, <Dimitrouleas@flsd.uscourts.gov>, <martinez@flsd.uscourts.gov>, <williams@flsd.uscourts.gov>
Cc: <crw.chambers@ca11.uscourts.gov>, <whp.chambers@ca11.uscourts.gov>, <rsr.chambers@ca11.uscourts.gov>, <jap.chambers@ca11.uscourts.gov>, <kcn.chambers@ca11.uscourts.gov>, <elb.chambers@ca11.uscourts.gov>, <rjl.chambers@ca11.uscourts.gov>, <alb.chambers@ca11.uscourts.gov>, <gbt.chambers@ca11.uscourts.gov>, <jle.chambers@ca11.uscourts.gov>,

<jfd.chambers@ca11.uscourts.gov>, <shb.chambers@ca11.uscourts.gov>,
<fmh.chambers@ca11.uscourts.gov>, <jec.chambers@ca11.uscourts.gov>

Judge Isicoff,

If it helps you to recuse yourself, I can forward a Federal Judge or an 11th Circuit Court of appeal Judge,
not to you, texts about your FBI investigation, so you can no longer deny it.

Also, you asked your 'little' friend to go to the FBI to ask about your investigation, you wasted public
money, I've a text when he came. You denied it but I can prove it.

They told your friend that only your partners, Stuart Kalb & Roniel Rodriguez are being investigated, not
you....You must be crazy to think that someone would have told you that you're being investigated, so
that you stop with your criminal activities......

The fact that you sent your friend to find out shows how worried you're'. I'm asking you once again,
please deny under oath that you sent a friend to the FBI.

The business card I gave you of an FBI special agent is just one of the team investigating you, the
investigation is much bigger than what you imagine, not just in my cases.

Now you've blocked me from filing anything, you're not above the law. No lawyer will tell you that you
you're under criminal investigation, as you would threaten him/her and refer him to the bar.

You just try to stop me from filing so the trustee can sell a $15M property for $5M and all of you will
share the profit.

If I lie about the FBI investigation, it's very serious, then try to do something to me, you'll see what
happens.....

You're repeatedly breaching my civil rights, supporting anti-semitic affidavits by your partners, saying
'Jews own too many properties, etc, everybody read these affidavits, you said you read it but said I can't
mention it. Last week you said it's not your responsibility to deal with it and I need to go to the Anti
Defamation League (ADL)...

No, anti-semitism is criminal, it's in the constitution, it is in your court room, no Judge would have ignored it, only a corrupt one.

I showed these anti-semitic affidavits to one of America's most prominent Lawyer, if not the best one, a Harvard Law Professor, Alan Dershowitz, I know him, he flipped when he saw the anti-semitic affidavits.

I spoke with him in order to retain him, he's not admitted in Florida and not living here, he agreed to enter an appearance with a local lawyer he knows, Kendall Coffey. Kendall knows you, guess it's not easy for him, but Alan knows the case well, I brief him about your actions.

If necessary, it'll be all over the media and it'll get to the senate, your actions are so rare, this case has a huge amount of public interest.

You also threatened me that I committed a felony with the recording in a public place, saying I'm not allowed to use the recording.....When you said it, the FBI already had it, this is the recording that implicates you and when Kalb/Rodriguez mention Grand Theft. You said you can't hear Grand Theft, so I sent you the transcript, you said you won't read it. Now you admit that the recording is legal and that you committed an extortion, a 2nd degree felony, you'll do time.

At one time, I coughed and .you screamed at me, not that I care about you say.

You threatened me with a bench arrest on an issue that you don't have jurisdiction over, not that I'm worried about all the crap and garbage you say.

There are reasons I didn't release other incriminating evidence about you, you leave me no choice.

You must immediately stop blocking my filing, or I'll apply for an injunction from Federal Court. I'm happy for any Federal Court Judge to review the motions and decide if they're proper motions before uploading it.

Finally, I believe that overnight someone tampered with my emails. I'm an IT expert, before I got involved in Real Estate, I've a computer Science degree from Tel Aviv University and used to work for the biggest IT companies in the world, like Accenture (in NY) and British Airways (in London), I still have a



**Raz Ofer <raz.ofer2@gmail.com>**                                   Feb 6, 2023,
                                                                      12:24 PM

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle
brooks, Dimitrouleas, martinez, williams, me, crw.chambers, whp.chambers, rsr.chambers, jap.c
hambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers
, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers


Dear Chief Federal Judge Altonega,

See below evidence that Judge Isicoff is under criminal investigation
by the FBI. I call for an internal investigation into her criminal
activities, see details below. She still refuses to recuse herself.
This email will be published in the media.

Judge Isicoff,

I'm an investor in Miami, I invested tens of millions of dollars and
created many jobs, let alone that I converted dilapidated buildings
into luxury apartments buildings which now attract professionals,
instead of drugs, prostitution and crime. I'll never let you and your
partners in crime, Stuart Kalb, Roniel Rodriguez and Barry Mukamal,
steal $30M of my money, never ever, over my dead body.

See attached business cards of one of the FBI agents involved with
your criminal investigation. So now you MUST stop lying that you're
not under criminal investigation and get your face out of these 2
cases, you MUST recuse yourself now. I know it is difficult for you to
face criminal investigation by the FBI, you deserve it and you deserve
to go to prison.  I'll never stop until I see you in prison.

In case of the slightest suspicion of impropriety then a Judge must
recuse herself, but not when it comes to the corrupt Judge Isicoff,
you'll refuse to recuse yourself out of fear that Stuart Kalb and
Roniel Rodriguez will not pay you the bribes you agreed on. So, for
you a criminal investigation of these 2 cases is
insufficient....You're one of the biggest crooks and liars in the US.

See below a list of all your lies, unfortunately for you, they are all
on the record. You've admitted to a felony of the second degree at the
hearing on Friday, 2/3/2023, see below.

**EXHIBIT A**

# DRO - CH 22-12017, 22-01130, 942 Penn - CH 22-14038 - Judge Isicoff is under Criminal Investigation by the FBI

Inbox

Isicoff - Crimes - Federal Judges

Isicoff - Recusal

Other than your criminal activities, which I'll list below, in DRO
CH-22-01130, you're acting without jurisdiction and you're refusing to
arrange a hearing on this issue, although you know that if you rule
without jurisdiction, you've no immunity, this is apart from your
other criminal activities, see below.  I filed an expedited motion for
a hearing on 1/17/2023, on the issue of jurisdiction, despite knowing
the importance of this motion and the issue of jurisdiction, you
ignore it and refuse to arrange a hearing.  I'll now sue you for
damages of over $40M. Whether you agree or not, tghere'll be a
hearing, you understand, corrupt Judge Isicoff?

I'll email later on today to all Federal Court Judges, 11th Circuit
Court of Appeal and yourself full details of the FBI investigation,
including a name of a special agent (a business card) involved with
the investigation, he is not the only one, so once and for all, you'll
not be able to continue lying on the record that you're not under
criminal investigation. See attached the business card of the special
agent. You are a crook and a professional liar.

Furthermore, you saw the two videos on YouTube, they say that you're
under criminal investigation along with your partners in crime, Stuart
Kalb and Roniel Rodriguez, see below the links. It also says that
these videos were approved by the FBI. Get out of these 2 cases, so I
don't need to see your face ever again lying and stealing money.

If one says that you're under criminal investigation by the FBI and
you're not, surely these individual faces 25 years in prison.
Interesting that you filed no criminal complaint.... You know you're a
liar and a crook and that you're under criminal investigation.

Below is a link to 2 videos on YouTube, these videos are presented by
Angel Martinez, you can check his credentials. In the videos he says
that Judge Isicoff is under criminal investigation by the FBI, along
with Stuart Kalb and Roniel Rodriguez. He is saying that the FBI
approved this video and after the recording he was going to the FBI.
If Mr Martinez is lying in the Videos about the FBI, then he faces 25
in prison, as no one can make baseless threats about an FBI
investigation.

If there is the slightest perception of impropriety that a JUdge must
recuse herself, for you even when you're under criminal investigation,
this is not enough to recuse yourself, as you're a crook and a liar.
Crooks like yourself believe they're above the law, I'm sure you'll be
prosecuted. There is no perfect crime. Prisons are full of people
thinking they'll never be caught, including Judges. You're not so
smart.

1. I emailed you and your Law Clerk these videos, you can't say that

you didn't see it. I attach below the links again.

Needless to say, that you didn't file a criminal complaint against the
presenter Mr Martinez, you and your law clerk know the truth. Pity
that you implicate your law clerk with your criminal activities, see
below for more details.

2. DRO CH 22-12017, CH 22-01130 - This case was before Judge Guzman,
State Court. Your partners in crime forged a deed, they brought
alleged tenants that said that I was a bad landlord, although nobody
looked at my buildings and spoke with my tenants. These alleged
tenants never lived in this building; Kalb & Rodriguez paid them to
give a false testimony under oath. Judge Guzman immediately appointed
his high school friend, Ramon Abadin as a conservator, and took the
building from me, in addition to an order that I can't enter to my
building(s). Abadin appointed Melanie Damian as his lawyer, I had
evidence that Melanie Damaian was a business partner of Stuart Kalb
and Roniel Rodriguez (your partners in crime). Kalb was recorded
outside Drexel (DRO Case) calling Damian and laughing how they're
stealing the building with so-called Judge Guzman. I received ex-parte
emails from Kalb and Rodriguez to Damain with a suggested language to
hold me in criminal contempt for providing documents late. Kalb &
Rodriguez asked Damian to pass it to Judge Guzman so he can hold me in
criminal contempt. After a hearing later on this week, Damain
immediately submitted a proposed order to hold me in criminal
contempt, although this issue was not even discussed at the hearing.
Of Course, Judge Guzman immediately signed this proposed order without
changing a word and without waiting on comments from my lawyers. When
I saw it, I immediately emailed Judge Guzman demanding he withdraw
this fabricated order, giving him an hour before I file a criminal
complaint. He withdrew it out of fear within 30 minutes and entered a
proposed order my Lawyers submitted.

When I realized what Guzman is up to, I filed for chapter 11 as I was
desperate to move the case out of this criminal, I knew what he was up
to, everybody in the Courtroom saw he was a criminal.

This property is worth $12M, I bought it in cash for $4M in 2013 and
invested $8M in cash renovating it, it had $1M in debt. It is far from
Bankrupt, it has more than $11M in equity, which you now decided to
give to your partners in crime for $5 (five dollars). I'll not let
crooks like yourself do it, over my dead body.

I didn't believe that you're as corrupt as Guzman and give your
partners in crime these 2 buildings (DRO - One title 2 folios) for $5
(five dollars) 2 buildings worth $12M, just because you said I had a
typo error in my deed, see below, you're a well established crook.
Now I understand that you're Melanie's Damian friend and also her

sister in law, Magistrate Judge, Melissa Damian (I'm getting to her involvement below).

Recording in Public Place of Stuart Kalb & Roniel Rodriguez (Felony, Laurel Isicoff, Grand Theft & Extortion) - I said in a hearing before 11/15/2022 that I'm going to file a recording, which is a nuclear, I added that the recording was made in a public place without expectation of privacy, which is legal. You said nothing about the recording but you heard and it is on the record that I said it was made in a public place.

When I spoke at a hearing on 11/15/2022, I mentioned that I filed the recording in the docket, I said that your two partners in crime, Stuart Kalb and Roniel Rodriguez, admit they committed a 'Grand Theft' in the DRO case. You became white but said nothing, when I than said that the tape mention your name, Laurel Isicoff, some 2 months before I filed the petition, you exploded, screaming at me that recording is a felony, although you knew and I said it again that the recording was made in a public place and it's therefore legal. You threatened me with felony charges and added that I'm not allowed to mention or use the recording anymore. Making malicious threats fits the exact definition of extortion, as you attempted to conceal your crimes, your malicious threats is an extortion, which is a felony of the second degree. See attached transcript, page 55 & page 56.  See attached definition of extortion:

DEFAMATION; LIBEL; THREATENING LETTERS AND SIMILAR OFFENSESView Entire Chapter
836.05   Threats; extortion.—Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret affecting another, or to impute any deformity or lack of chastity to another, with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.
History.—s. 42, sub-ch. 3, ch. 1637, 1868; RS 2420; GS 3261; RGS 5092; CGL 7194; s. 1, ch. 57-254; s. 991, ch. 71-136; s. 1307, ch. 97-102.

You then said, see attached transcript that you'll be striking the recording (as it was a felony), as your corrupt honor wanted to conceal her crimes.

I filed a motion to reconsider your final SJ giving your partners

these 2 adjacent buildings worth $12M for $5, based on new evidence,
the recording, the new evidence being the admission of 'Grand Theft'
and your name mentioned before even the petition date.

At the hearing you made unbelievable explanations:

2.1. In connection to your name being mentioned before the petition
date, you said there are only 2 Judges.....I reminded you that the
tape says clearly 'that Laurel Isicoff can find a way' (after they
mentioned the Grand Theft). They don't say IF LAUREL ISICOFF, or a
JUDGE CAN FIND A WAY.....It showed they believed they could move it to
your corrupt and criminal honor, the number of Judges is irrelevant
and an absurd claim, only crooks can say it.

As far as the Grand Theft, I said that I must be able to cross examine
them (your partners in crime, Kalb & Rodriguez), to explain why they
said they committed Grand Theft.....You smiled and said it is too
late. Nothing is late, crooked Isicoff, you refused to listen to it
when I brought it up, threatened me with felony and than you strike
it, now it's late, you already decided to let them steal $12M, no
crooked Isicoff, this will not work. You know that a Lawyer, Mark
Roher, said that he drinks Whisky with your husband and they discuss
the cases and passes to you what Roher needs and you do it.....Also,
how did I know that your husband stopped drinking Whisky for 30 days,
many people know it, it appears that your husband is also a crook,
he's your partner in crime.

You and him look like nice people, so was Madoff....

No matter what you say, I demand a rehearing so this recording is
heard, an evidentiary hearing must and will take place.

What was outrageous in this hearing last Friday, 3rd February 2023,
that when Kalb & Rodriguez's Lawyer spoke (Mr Rosendorf - Your ex-law
partner), he said that the recording was a privilege lawyer client
discussion......You replied to Rosendorf, this was your biggest
CRIMINAL MISTAKE, that the recording was in a public place so it's
legal, it's on the record. You're not just a crook but seem to be
retarded, as you admitted that the recording was legal and that you
committed a felony when you threatened me with a felony...You must
move your crooked face from these 2 cases. You can't steal $30M, no
crooked Judge Isicoff.

As I mentioned your name, I knew if you say that you must immediately
listen to the recording or arrange an evidentiary hearing, then it
means you're innocent, but if you start threatening me not to use the
tape, then you're guilty. You admitted that you're guilty. Any honest
Judge when told about a recording where one side discuss that they

committed a grand theft and mention the Judge's name, would immediately insist on listening to it, or at least recusing themselves, but not the crooked Judge Isicoff..

This case was only about the signature box, what if the grand theft is something they forged with the help of someone at Property Appraiser (PA), you would still let them steal $12M for $5 (five dollars).

No crook, you won't be able to do it.

I demand a new trial (you ruled on SJ although there were many issues of fact) because there is now new evidence that they committed grand theft. I had the recording for a long time as I had to improve the quality. It was you that didn't allow me to use it at the time, with your criminal activities, now you say it is too late and you denied the motion.

No crook, the recording will be heard.


3. Lies about Security Guard - I mentioned at a hearing on 1/30/2023 that for some reason when I come to Court, the security people telling me to wait as a guard must accompany me, as per your instructions....So you want a guard to accompany me, not Mr Rodriguez....When I asked you if it was your instructions, you said, on the record, that no, this has nothing to do with you....You again lied on the record, as I asked again when I came to Court on 2/3/2023, one of the the security guard, they said it is Judge Isicoff's instructions....It seems if one wants to know what is the truth when you speak, than clearly the truth is the opposite of what you say.....

You must recuse yourself, Crook.

4. Ontario - 942 Penn RR LLC - This building is worth over $15M with perhaps $200K in debt. The lawyer that recommended the chapter 11 filing made a huge malpractice violation. I had a fraudulent mortgage that had to cleared, my foreclosure lawyer, one of the best foreclosure lawyers in Miami, said he could easily do it in State Court, but the BK lawyer just thought how to make money. Despite me and the foreclosure lawyer telling him not to file it, he argued with me and told me he guarantees there'll be no trustee......

After a week, your corrupt honor appointed a trustee. Although I instructed the lawyer to dismiss the BK after 10 days, you denied it, as your partners Kalb & Rodriguez are Mr Mukamal partners (the so-called trustee), so you wanted to let them teal additional $15M. No crooked Isicoff, this will never happen. They had a tiny secured mortgage on a property worth over $15M, there was no reason in the

world not to dismiss the BK 10 days after filing it. but the crooked
Isicoff won't do it, she wants to make her children rich. Not with my
money, crooked Isicoff.

Ontario's proof of claim is not just fabricated, but clearly criminal,
it is an example of how the trustee has operated, no wonder he is a
partner of your partners in crime, Kalb & Rodriguez:

1. The mortgage note provides that the $400K kept in Kagan's escrow
account be used
immediately upon closing of the loan (Oct 2017) to pay the first
mortgage (Immokalee).
2. Due to Kagan's (Ontario's Lawyer and Escrow Agent) misappropriation
of the $400K, the Immokalee loan hasn't been paid.
3. Immokalee loaned J E Bley Overseas (former owner) just under $250K,
so at the time of
the Ontario's closing, the Immokalee loan could have been settled for
around $260K-
$270K. Now, 942 Penn (Penn) needs to pay $1,150,000.00, as a result of
Ontario/Kagan
misappropriation of the $400K and the corrupt settlement by the
trustee with Immokalee..
4. It is clear that the entire settlement with Immokalee must be paid
by Ontario, or by
Ontario to the Estate and from the Estate to Immokalee.
5. At the JSC the Trustee claimed, along with Ontario, as part of
their conspiracy, that I
gave Kagan instructions not to pay Immokalee. When I demanded to see
proof of it, they
admitted they've no evidence.
6. This claim is an absurd as Kagan, as admitted by Ontario in the
Federal Lawsuit in CA,
was Ontario's Lawyer and Escrow Agent, although they denied it in
Florida State Court.
Penn has no contract with Kagan whatsoever, only with Ontario.
7. Ontario only have a SJ for $800K in the Flroida State Court, even
this is not final and
Penn has a motion for reconsideration. The Court ruled that a trial is necessary
regarding the stolen $400K and Penn's damages.

8. Had Ontario paid Immokalee the $270K in October or November 2017,
than not only
Penn would not have had any liability to Immokalee (currently
$1,150,000), but Penn
could have used thebalance of $130K to expedite the construction. This
would allow
Penn to finish the construction faster and therefore generate
additional revenue of at

least $2M.

9. Furthermore, Penn could have sold the building had the Immokalee loan been paid off,
this results in additional damages to Penn of over $3M.

10. Penn found out that Ontario sued him in a Federal Lawsuit in CA for $400K and obtained
a Judgement against him for $400K.

11. Kagan informed me that Ontario sued him in CA for the entire $1.2M, not just for the
$400K and obtained a judgment against him for $1.2M.

12. Ontario have sold some of Kagan's assets in LA and Florida and collected money for
him.

13. Now here comes Ontario, with Mr Silver and Mr Mukamal as the main conspirators, and
say the $1.2M Judgment Ontario got against Kagan is not enough, they also want Penn to pay them $1.2M.....So that Ontario can get $2.4M plus interest, default interest.
and outrageously inflated legal fees. Scott Brown, Mukamal's Lawyer, that this is allowed, it is cross state enforcement.....It's simply two judgments against two different bodies, on the same money, this is criminal.

14. In other words, for example, I sue X for $1.2M and obtain a Judgment against X for this
amount. I realize that I can't collect from X, so I make up a claim against Y for the same.
$1.2M and obtain a judgment also against Y. Of course, I 'forget' to inform the Court to
drop the claim and Judgment against X.....If this isn't criminal, then nothing is.

15. Ontario confirms, and we checked the record in CA and they didn't drop the claim and
Judgment against Kagan.

16. Ontario claim that Evan returned to me around $300K in 2021. This was a return of a
loan from me to Kagan who needed funds to invest in a dispensary in LA (it is legal in
LA). The agreement says clearly that this has nothing to do with Penn's claim for
damages against Ontario.

17. The trustee brought a guy who claimed in Court that he is Kagan's lawyer, this guy has
withdrawn a few years ago, his claim that he still represents Kagan were false and a
fraud on the Court. The agreement he produced is a copy, not the original. There were a
few versions of this agreement between me and Kagan. I did text to Kagan saying he
paid off the $300K, I did it when I was in my car, after a few minutes

I emailed him
saying that he did not pay. Regardless that this has nothing to do
with Penn/Ontario,
Kagan had 3 months to pay back the $300K and he didn't. This agreement
is null and
void.
18. Even if it was, even if it was related to Penn/Ontario, which in
all versions it says it is not,
then Ontario is still responsible for interest, default interest,
Penn's legal fees to fight Immokalee and Ontario and other damages,
interest, default interest, delay to constructions, etc. Again, this
agreement has nothing to do with penn/Ontario, so Ontario is liable to
the full damages as above.19. Stewart Title Policy, which I paid for
it, clearly says that Ontario must pay Immokalee on the day of
closing, (Oct 2017), so Ontario breached the title policy. They can't
blame Kagan, who was their lawyer and escrow agent.

Regardless, Stewart Title has to pay everybody's damages as a result
of Kagan's theft of $400K.

Your partners, Mukamal, Kalb & Rodriguez had to first find out with
Ontario why they didn't ask Stuart Title to pay everybody. Why Ontario
breached the contract with Stuart Title? Why if Ontario has a legal
written contract to pay Immokalee at closing (Oct 2017) Penn has now
to pay Immokalee $1,150,000....

Is it because Mr Silver, Ontario's Lawyer, is the one recommended
Mukamal to be appointed as a trustee and Mr Silver is a business
partner of Kalb & Rodriguez......

From $200K, now the trustee wants $6M, increasing his claim by $1M
every 2 weeks. No surprize, Brown said that Raz will have all his
motions denied as Isicoff approves all his motions.

You even signed an order barring me from entering my building, my
property, only dirty crooks can do it. It won't work, crooked Isicoff.

Crooked Isicoff - This won't work, over my dead body, you understand, crook?

5. DRO SJ - This couldn't be determined by SJ, it has many issues of
facts. More importantly, you had no jurisdiction to say that Ajar owns
it. DRO filed for BK, you can only deal with DRO assets. If you
corruptly rules that Ajar own the property, not DRO, because Ajar paid
$5 for a $12M property, than the BK is over, you can't rule that Ajar
owns it, you've no jurisdiction. If you rule without Jurisdiction than
you lose your immunity, I'll now sue you for $40M in damages. What is
even more outrageous, that I filed a motion for reconsideration on
1/17/2023. but you refuse to arrange a hearing, knowing you might lose

the bribes Kalb and Rodriguez agreed to pay to one of your many
charities and foundations.....It seems that even your Son who
tragically died in a car accident, has his own foundation.... This
technique is used widely by crooks who receive bribes...

6. DRO Bond - You refused my motion to extend the period I can post a
bond. I said I'm worried to bring money because of your partners, Kalb
& Rodriguez, are forging Judgments against me. I said I sold a
property overseas and I need a week extension and suggested to show
you the contract, but crooked Isicoff of course denied it.

5. DRO Jurisdiction - See above.

6. Furniture - DRO - I filed a motion to let me remove the furniture I
personally bought, you said you would arrange a hearing. Now I
understand that Kalb/Rodriguez offered you additional bribe of $500K
you refuse to arrange a hearing.

You'll arrange a hearing, crooked Isicoff.

7. Antisemitism (Conservator) - DRO - Abadin, the conservator
appointed by Guzman, went to mybuilding and made antisemitic comments
about me, like Jews own two many properties, also asking if there are
any jewish tenants. These affidavits were filed and you told me that
you read it but I can't mention it... A week later you awarded Abadin
additional $300K in conservator's certificate.

Antisemitism is criminal, so is helping spread it. I know you're
Jewish, but the $1.7M in bribes seems to be more important to you.

My parents are holocaust survivors, from German origin, I was born and
raised in Israel. My profession is IT, I used to work for the biggest
IT companies in the world, for Accenture in NY (biggest software house
in the world) and then for British Airways, in London.

When my mom was 7 years old, the police came to her class and told her
to go home, her only 'crime' was that she was Jewish.....This will not
happen again. At one point in my life, I decided to buy hotels in
Berlin, just to show that I'm back despite of what happened to my
family. Anyway, today the German people are great, they made a
mistake.

You'll be prosecuted criminally for it.

See attached the antisemitic affidavits.

8. Ex-Parte Illegal Emails - See above. I've all these emails, I can forward it.

9. Public request - When Judge Isicof realized that I made a public
request for her emails, she told me, on the record that I'm not
allowed to request it, she knew she was lying. I'm filing a new
request now in Federal Court in Miami.

10. Guzman Federal Lawsuit (Magistrate Judge Melissa Damian) - I sued
Judge Guzman in Federal, see above for the reasons. Miraculously,
magistrate Judge Melissa Damian, the sister-in-law of Melanie Damian,
which is at the center of the corruption with Judge Guzman, was
appointed as a Judge....I immediately objected as Melanie Damian was
mentioned in every filing, but Melissa Damian refused to recuse
herself. She only did id after she prepared the dismissal order and
left it to a senior Judge for him to sign. She is clearly implicated
with the criminal activities in this case.

11. Obstruction of Justice - Once I filed a recusal motion mentioning
you're under criminal investigation, you admitted that you signed an
order to investigate me and said at the end of a hearing that you'll
only cancel it if I stop your criminal investigation.  This is
extortion and an obstruction of Justice, as you're trying to cause me
to disappear so that I can provide more details of your criminal
investigation.

12. Other Investigations - This isn't the first time you partner with
Kalb/Rodriguez to steal other people money.

Everything in this email is true. I know that Isicoff would try to
issue a warrant for my arrest, in order to hide her crimes. I'm happy
to go to prison.

A fair Judicial system is a cornerstone of democracy, Judge's Isicoff
attack on the US democracy must be stopped.

Raz Ofer


Below are links to the videos:

The judge faced a petition from the defense to remove herself from the
case. - YouTube

Judicial Corruption in Miami: EEUU. The Scandalous Truth | Detective
Angel - YouTube

**5 Attachments** · Scanned by Gmail



**Raz Ofer <raz.ofer2@gmail.com>**                    Feb 6, 2023,
                                                      12:27 PM

to Kayla, Noemi


The below was sent to Judge Isicoff, all Federal Court Judges and all
11th Circuit Judges.
---------- Forwarded message ---------
From: Raz Ofer <raz.ofer2@gmail.com>
Date: Mon, Feb 6, 2023 at 12:24 PM
Subject: DRO - CH 22-12017, 22-01130, 942 Penn - CH 22-14038 - Judge
Isicoff is under Criminal Investigation by the FBI
To: FLSB LMI Chamber <lmi_chambers@flsb.uscourts.gov>,
<ram_chambers@flsb.uscourts.gov>, <mim_chambers@flsb.uscourts.gov>,
<pgh_chambers@flsb.uscourts.gov>, <altonaga@flsd.uscourts.gov>,
<gayles@flsd.uscourts.gov>, <scola@flsd.uscourts.gov>,
<moore@flsd.uscourts.gov>, <middlebrooks@flsd.uscourts.gov>,
<Dimitrouleas@flsd.uscourts.gov>, <martinez@flsd.uscourts.gov>,
<williams@flsd.uscourts.gov>
Cc: Raz Ofer <raz.ofer2@gmail.com>, <crw.chambers@ca11.uscourts.gov>,
<whp.chambers@ca11.uscourts.gov>, <rsr.chambers@ca11.uscourts.gov>,
<jap.chambers@ca11.uscourts.gov>, <kcn.chambers@ca11.uscourts.gov>,
<elb.chambers@ca11.uscourts.gov>, <rjl.chambers@ca11.uscourts.gov>,
<alb.chambers@ca11.uscourts.gov>, <gbt.chambers@ca11.uscourts.gov>,
<jle.chambers@ca11.uscourts.gov>, <jfd.chambers@ca11.uscourts.gov>,
<shb.chambers@ca11.uscourts.gov>, <fmh.chambers@ca11.uscourts.gov>,
<jec.chambers@ca11.uscourts.gov>


**5 Attachments** · Scanned by Gmail



**Raz Ofer <raz.ofer2@gmail.com>**                                  Feb 7, 2023,
                                                                    1:17 AM

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle
brooks, Dimitrouleas, martinez, williams, crw.chambers, whp.chambers, rsr.chambers, jap.cham
bers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.
chambers, shb.chambers, fmh.chambers, jec.chambers, me


Judge Isicoff,

1. Your partners in crime, Stuart Kalb and Roniel Rodriguez are the
other parties in the two cases before you.
2. The FBI told you that they're investigating Kalb & Rodriguez as
they don't say who they're investigating. If Kalb & Rodriguez are
being investigated in 2 cases in front of you, how can they be
involved in criminal activity without your involvement?
3. You know you're under criminal investigation by the FBI and you
know you'll go to prison. You've already admitted to have committed a
felony.
4. I showed you evidence today just so that you stop lying.
5. I'm filing tomorrow new recusal motions in each of the cases.
6. You're making comments against me with purpose o preventing me from
retaining a Lawyer, as you do it in a way that you threaten new
lawyers not to represent me.

Stop lying and recuse yourself.

Raz Ofer

---



**Raz Ofer <raz.ofer2@gmail.com>**                                  Feb 7, 2023,
                                                                    10:57 AM

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle
brooks, Dimitrouleas, martinez, williams, crw.chambers, whp.chambers, rsr.chambers, jap.cham

bers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd. chambers, shb.chambers, fmh.chambers, jec.chambers, me

Judge Isicoff,

All Federal Court Judges and 11th Circuit Court of appeal are copied to an email I just sent you. You acting without Jurisdiction in the DRO case, see below, yet you're refusing to arrange a hearing. I trust you're aware that ruling without Jurisdiction voids your immunity, regardless, you've no immunity for criminal activities or when you break the law.

You're under criminal investigation by the FBI and you'll go to prison.

If necessary, I'm prepared to forward the District Court Chief Judge Altonaga, for in Court Inspection, a copy of texts with the FBI proving you're under criminal investigation.

I'm filing a new recusal motion, you must recuse yourself, you're not above the Law.


Judge Isicoff,

I filed the attached motion requesting a hearing as the Court has no Jurisdiction to rule that Ajar owns the property, only if DRO owns it or not.

This is in addition to the evidence I provided yesterday that you're under criminal investigation by the FBI and that you admitted to have committed a Felony in the 2nd degree.

I'm going to the FBI today.

You said on Friday, 2/3/2023 that you already had 4 Federal Lawsuits against you, are you sure that you only had 4 lawsuits or more?

Do all BK Judges, who serve the same time as you, had 4 Federal lawsuits.....?

How many charities, non profit, foundations do you have? Usually people that receive bribes set up these types of entities.....You've too many.......

If you refuse to arrange a hearing then let me know.

I'm filing a new recusal motion today, you must recuse yourself.

Everytime you deny such a motion, your situation gets worth.....

Raz

**One attachment** · Scanned by Gmail



**Raz Ofer <raz.ofer2@gmail.com>**                                      Feb 7, 2023,
                                                                        12:18 PM

to Kayla, FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middlebrooks, Dimitrouleas, martinez, williams, crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers, me

Judge Isicoff,

If you're interested, I'm ready to show text messages, for in camera inspection, with the FBI showing you're under criminal investigation by the FBI.

I want to ensure that you don't continue to lie to everybody that you're not under criminal investigation.

You're playing with your freedom, I know you want to finish with the cases quickly so that you can get the bribes and then disappear, it won't work.

Also, the comments that you make in Court about me are only designed to prevent other lawyers from representing me, as they say that you'll destroy them if they represent me.

Raz Ofer



**Raz Ofer <raz.ofer2@gmail.com>**                    Feb 16, 2023,
                                                      11:40 AM

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle brooks, Dimitrouleas, martinez, williams, crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers, bcc: David, bcc: me

Judge Isicoff,

I'm copying all Federal Court JUdges and 11th Circuit Court of Appeal Judges to my email to you yesterday.Your comets at the healing on  Monday, 2/13/2023, were serious and completely false. I know at the end, after I spoke, you cancelled your order, but what you said is on record and it must be removed.

# 'Forged' Docusign - 942 Penn - CH 22-14038 - Serious Fraud by the Trustee and His Lawyer

Inbox

Isicoff - Forged DOCUSIGN



**Raz Ofer <<u>raz.ofer2@gmail.com</u>>**              Feb 15, 2023, 11:09 AM (1
                                                      day ago)

to FLSB, me, David, Scott, Barry, Eric, Kayla

Judge Isicoff,

The below is an extremely serious issue of fraud and perjury by the trustee and his lawyer, Scott Brown. I'll need to verify who else is involved by forensically inspecting everybody's desktops, mobile devices and laptops. I strongly suspect that Silver and Rodriguez are part of it.

Please read the below carefully.

At the evidentiary hearing to approve the Ontario settlement, Mukamal claimed that he entered alphanumerical "Envelop ID" or other identifiers that appear below the DocuSign signatures and concluded that this DOCUSIGN document is 'Forged'.

The only way that Mukamal, or anyone, can verify the authenticity of a Docusign document is by requesting the certificate of compliance from me or Kagan, before he can audit or verify the authenticity of the document. The certificate will confirm the Envelope ID number of pages, dates, times and everyone involved in the process.

The fact that Mukamal is not that intelligent we all know, but it doesn't mean he is allowed to lie under oath just because of his mental ability. It is also interesting that Mukamal didn't say that 'perhaps' Kagan forged this document.....Again, no 3rd party can verify a Docusign document. Mukamal could have easily verified it himself and see that what he said is at best BS.......

Mukamal therefore knowingly and deliberately lied to the Court under oath, which is perjury, as part of the continuing lies they spread about me. No wonder that he's prepared to lie under oath so that he can steal millions, he can forget it. These crimes will stop.

What makes it much worth, Roher who didn't attend the hearing and there's still no transcript, wrote to the Bar today, in his response to the Bar complaint, saying Judge Isicoff ruled on Monday that I forged the docusign document....., Brown told him.....So now Brown/Mukamal are working with this drug addict against me. On a separate note, Roher took a urine test to verify if he smokes drugs but blacked out some of the results.....Let alone that traces of cockaine only stay in the body for 48 hours....He also said that Brown is giving him a copy of the transcript for free, after paying for it with my money, but Brown won't give it to me.....

Florida Bar documents are public information, so this is now a serious libellous case against me.

I'm filing today the following:

1. A motion to void all past settlement agreements with the trustee as he breached these agreements.

2. A renewed motion to remove the trustee, which includes the above.

I believe that the trustee and his lawyer must suspend themselves, or be immediately suspended, as a result of the above, pending a hearing on their removal. I trust the Court will request them to do it.

I ask the Court to withdraw the libellous order, or clarify that no evidence was provided to the Court that I 'forged' any document.

I'll be filing a libellous lawsuit against the trustee and his lawyer.

Thank you.

Raz



**Raz Ofer <raz.ofer2@gmail.com>**                    Feb 22, 2023, 9:49 PM (8 days ago)

to Kayla, FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middlebrooks, Dimitrouleas, martinez, williams, me, crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers

Dear Judge Altonaga,

Below is an email I sent today to Judge Isicoff, in response to a hearing today, Wed, 22nd Feb 2023, 1:45PM.

Judge Isicoff no longer denies that she is under criminal investigation by the FBI, but says that it doesn't interrupt the Court work.....

Judge Isicoff,

Below is a list of deliberate lies that you said today on the record, I suggest that you check the transcript. It seems like you're trying to cover yourself from the FBI investigation, what you do is silly.

1.

1.1. You said today that finally you listened to the recording twice.

As far as Kalb & Rodriguez mentioning your name 2 months before the petition date, you said that it says 'that Laurel Isicoff can find a way'....You said that it meant that you could rule in our favor.....How do you know what Stuart Kalb meant.....? The point is that they're not saying a 'JUDGE' can find a way, but LAUREL ISICOFF....These two must be crossed examined about it.

1.2. Grand Theft - Your claim that you  didn't hear about 'grand theft' is a blunt lie, the quality of when they talk about 'Grand Theft'  is better than when they mention your name. Would you agree to give an affidavit or a declaration saying you couldn't hear it, or perhaps ask your Lawclerk to do it. You know you're lying, I expected it.

How do you know that this is the only recording? How do you know that there are no emails that implicate you with the crimes.

Below is a transcript of the recording so you then listen to the recording again....It is very interesting that only now you listened to the recording, although I mentioned 100 times the contents in this recording.

---------------------------------------------------------------------------------

Recording

---------------

2: He can't get anyone that'd be able to bring it. It's too late he's so lost and there's no way that would get out …"

1: Mark said he was talking about chapter 11 I said god bless him. Chapter 11 doesn't necessarily help us. Some bankruptcy judge could look at it and say it's grand theft. It's bankruptcy you never know. I mean I think we'll get past it but we'll spend a bunch of money."

2: Who's going into chapter 11?

1: Well raz to say we improperly stole his stock.

2: How'd he do that? It's been…

1: That's where we have a problem.

2: Not only would it be a problem it's over a year. There's an order of turnover over a year ago. Sales over a year ago. Then there was this settlement agreement."

1: Yeah, he was trying to think if they try and set the sale aside as a fraudulent conveyance.

2: How can they file conveyance?

2: Something termination this weekend?

1: Yeah that's true. That may save us. We gotta get rid of that appeal… which should be gone by the- by Friday.

2: He said the value of the stock was zero. So he did we not get any reasonable __ value?

1: Well now he's saying this is __. I- I know, but I was just- he's saying that he has a fifteen million dollar lien. How did he prove that?

2: On his schedule, on his little schedules.

1: No, I got all that, but I could see Laurel Isicoff saying let me find a way.

2: There's no way. Impossible. That ones impossible. Too late. And with that many opinions __ I've heard in numerous traditional opinions.

1: Yeah, and I think we will get past the uh, HOPEFULLY, implicit?

His response is due when? Tomorrow?

2: To what?

1: To that appeal on the 16th.

2: 16th.

1: Ok so we have a little time. His response was due yesterday… for something.

Something else was due the 11th.

2: __ on my desk, to file the second motion to dismiss.

------------------------------------------------------------------------------------------------------------

If you were innocent you would have immediately requested to listen to the recording and hold an evidentiary hearing, but not a Judge who knows she's guilty and implicated in a criminal conspiracy with Stuart Kalb, Roniel Rodriguez, etc.

2.

2.1. You said today that you did not threaten me with Felony when I mentioned the tape.

This is the biggest lie I've heard in my life. You also said that you didn't raise your voice when I mentioned the recording.

A day before I mentioned the recording in front of you, I filed a notice of recording saying the recording was made in a public place and it is therefore legal. Not only this, at a previous hearing to the one on 11/15/2022, I said 'I'm going to file a recording which was made in a public place and this recording is a NUCLEAR'. So you knew the recording was made in a public place.

When I mentioned the recording on 11/15/2023 and said that our name is mentioned, you did raise your voice (you then apologized) and said that recording without permission is a Felony (no one can dispute that given the circumstances that you're trying to conceal your crimes, it is an extortion), this was confirmed by 3 top criminal lawyers in Miami).  You didn't say you need to check if it was done in a public place, nothing, just pure threats of Felony directed to me, in order to scare me.

You added that you will not listen to it and you're going to strike it, which you did the same day, adding that I'm not allowed to talk about it or mention it to anyone, I knew what you meant....At that time this recording had already been with the FBI.....

Extortion is a Felony in the 2nd degree and you clearly committed a felony. You'll have to listen to the music....

3. You said today that now you realize that the recording was made in a public place, so it is legal.....See above and in the transcripts, you're bluntly lying. You knew it all along. You now admit that what you did is an extortion.

4. When you denied the motion for reconsideration, in the end, I said that it is good that you didn't invalidate the CDI Lien and construction agreement (section 8.3 provides for a leasehold until CDI is paid the full value of the construction agreement), so once the conservator is removed CDI can change  the locks, I thanked you for it. You replied, on the record, that you'll issue a 'bench warrant'.....CDI is a 3rd party, you've no jurisdiction, BK doesn't cancel  leasehold, CDI will present all invoices. Although I said that CDI can change the locks, you threatened me personally, like you saying I need to look after my business partners, Kalb & Rodriguez.

5. Remand - I meant to remand the adversary, which is what Rosendorf asked repeatedly, not the conservator. The adversary I thought can be remanded as you've no jurisdiction to rule that Ajar owns it, only if DRO owns it or not.

I said I only agree to remand the case that determines ownership and only to a Jury trial.

You've seen and ignored the ex-parte emails between Stuart Kalb, Roniel Rodriguez, Abadin, Melanie Damian and Judge Guzman, it is outrageous. At one point he even signed a fabricated order prepared by Melanie Damian, contradicting the hearing and he signed it without changing a word. WHen I saw it I gave him one hour to vacate it or I'll file a criminal complaint, we also sent him a competing order. Guzman within 10 mins vacated their order and entered my order, he knew what he did was criminal.

Guzman will sign anything they ask him, even if they prepare an order that they're allowed to shoot me in the head......

I demand that you don't remand anything to Judge Guzman, unless it is the entire adversary to determine ownership and unless it is for a Jury trial.

If you just remand to Guzman the part of the conservator, it will clearly show that you're implicated with their crimes even deeper. I strongly object to it.

You said that I wanted to recuse you, so this will achieve the same goal. This is another blunt lie.

If you recuse yourself that all your decisions will be up for reconsideration, it will be an objective Judge, not a corrupt one.

Based on the Florida Bar, the same is in Federal Statute, a Judge that comments on a recusal motion, other than legally insufficient, has in fact recused him/herself. You did comment at length, but you're above the law.

See the link below, you've already recused yourself.

https://www.floridabar.org/the-florida-bar-news/to-recuse-or-not-to-recuse-how-to-do-it-is-the-real-question/

I understand why you are worried to recuse yourself, you believe that this will be taken as an admission that you're guilty. The investigation will not change whether you recuse yourself or not.

7. You said that you're not aware of any FBI investigation. You added that perhaps I've a friend at the FBI. you then said you didn't mean it. I don't have friends at the FBI, and in this case, I would have needed a few friends, not just one......

In fact, you're the one that sent a friend to the FBI to find out about your investigation, you're wasting public money to help protect yourself.......You've a business card of one special agent who is part of the investigation, he is not the one that is in charge.

8. Antisemitisim - You admitted today that you ignored these affidavits and said that I can bring it up with Anti Defamation League (ADL). Antisemitisim is criminal, it is now part of the constitution, you can't ignore it. You must have dealt with it and refer the conservator for a criminal investigation. You didn't, as they're all your business partners. I'm not saying that you're antisemitic, I know you're Jewish, but the bribes that you get are more important than your 'values'.

I'm in discussions with the US most prominent lawyer, not a Florida Lawyer, a Harvard Law Professor, he knows the case well and reviewed the antisemitic affidavits, he said that you must have investigated it and he would request evidence of what you did it. He flipped when he read these affidavits.

9. You said that I'm being escorted in Court is because a US Marshall decision....You said you sent them my emails, I never threatened anyone in my life. I'm only telling you the truth, that you're lying, that you threatened me with fabricated felony in order to scare me, baseless bench warrant and that I'll file a lawsuit against you in Federal Court, which you said you've already been sued 4 times, guess you're holding the record... So it is you that sent them email asking to escort me, which is humiliating.

It does prevent me from retaining new lawyers, you know it, you must stop lying, I'll not come to Court with a new lawyer to see that I'm being escorted, this never happened to me in my life.

My emails are the opposite of threatening, I'm a victim of a criminal conspiracy by yourself and your business partners to steal $30M from me.

9. I'll file a new recusal motion tomorrow and ask for you to recuse yourself immediately. This case and your actions seem to fit a blockbuster movie, not a Court case with an impartial Judge, you must recuse yourself.

10. You said today  that you don't know Kalb & Rodriguez and they're not your business partners. I didn't expect you to say the opposite....

11. There is other evidence against you.

You recusal is long overdue, at least decide according to the Statute, see above.

Raz Ofer

Below is an email I sent today to Judge Isicoff,she's copied. This is in response to a hearing today.



**Raz Ofer <raz.ofer2@gmail.com>**                           Feb 24, 2023, 12:37 PM (6 days ago)

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle brooks, Dimitrouleas, martinez, williams, Kayla, me, crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.cha mbers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers

Judge Isicoff,

I'm copying Federal Court Judges as well as 11th Circuit Court of Appeal Judges, due to the seriousness of the issues involved.

I just filed the attached recusal motion.

At a hearing on 2/22/2023, you said on the record the following:

1. That you finally listened to the recording twice and you couldn't hear the other party saying 'GRAND THEFT'. Thousands of people listened to the recording and they all heard GRAND THEFT loud and clear. In fact, the YouTube video, that was approved by the FBI, stops when they say Grand Theft. I emailed you the video twice. Needless to say that the FBI has got the recording and they too can hear Grand Theft.

I sent you on 2/22/2023 the transcript of the recording where you can see where they discuss the GRAND THEFT. When I told you at the hearing that I'll forward you the transcript you replied 'I won't read it'.....Of course, this will damage the deal and the bribes between you and your business partners, Stuart Kalb, Roniel Rodriguez, etc.

Below is the link to the recording so that everyone can listen and hear the grand theft, the recording is also attached to this email (enhanced quality), also below is the transcript:

https://drive.google.com/file/d/1NO3MKmXG12p-RtoK4tYjLHMX4TO4bmIv/view

2: He can't get anyone that'd be able to bring it. It's too late he's so lost and there's no way that would get out …"

1: Mark said he was talking about chapter 11 I said god bless him. Chapter 11 doesn't necessarily help us. Some bankruptcy judge could look at it and say it's **grand theft**. It's bankruptcy you never know. I mean I think we'll get past it but we'll spend a bunch of money."

2: Who's going into chapter 11?

1: Well raz to say we improperly stole his stock.

2: How'd he do that? It's been…

1: That's where we have a problem.

2: Not only would it be a problem it's over a year. There's an order of turnover over a year ago. Sales over a year ago. Then there was this settlement agreement."

1: Yeah, he was trying to think if they try and set the sale aside as a fraudulent conveyance.

2: How can they file conveyance?

2: Something termination this weekend?

1: Yeah that's true. That may save us. We gotta get rid of that appeal… which should be gone by the- by Friday.

2: He said the value of the stock was zero. So he did we not get any reasonable __ value?

1: Well now he's saying this is __. I- I know, but I was just- he's saying that he has a fifteen million dollar lien. How did he prove that?

2: On his schedule, on his little schedules.

1: No, I got all that, but I could see Elaurel Isicoff saying let me find a way.

2: There's no way. Impossible. That ones impossible. Too late. And with that many opinions ___ I've heard in numerous traditional opinions.

1: Yeah, and I think we will get past the uh, HOPEFULLY, implicit?

His response is due when? Tomorrow?

2: To what?

1: To that appeal on the 16th.

2: 16th.

1: Ok so we have a little time. His response was due yesterday... for something.

Something else was due the 11th.

2: ___ on my desk, to file the second motion to dismiss.


I ask that you listen again to the recording and arrange an evidentiary hearing, I'll file a motion requesting it, where Stuart Kalb & Roniel Rodriguez can be crossed. It is unthinkable that you would deny it. Any impartial Judge would immediately ask to listen to the recording and make these two guys testify under oath. This will never go away.. Better that you hold an evidentiary hearing then the FBI will make you listen to it.


2. You said on the 2/22/2023 hearing that the FBI investigation is because Mr Ofer has a friend in the FBI, you added that it does not affect the Court's work...

I said I don't have a friend at the FBI, you say 'your comments were sarcastic or a joke', saying that the FBI investigation is because I've a friend at the FBI is very serious, it's not a joke.


Your investigation, along with Kalb & Rodriguez, is conducted by more than one agent, you implied that the FBI is corrupt, this is outrageous, you said it on the record.


If anything, you sent a friend, from a different City, to find out about your investigation, wasting public money, this is a 'secret' that only you and I know.


3. The FBI investigation is evolving, it's much bigger than what you think.


4. You're commenting at length on my recusal motion, a Judge that says anything other than 'legally insufficient' is automatically recused, see the below link, you're not above the law.:

https://www.floridabar.org/the-florida-bar-news/to-recuse-or-not-to-recuse-how-to-do-it-is-the-real-question/

It is beyond me why you fight so hard not to recuse yourself, it'll only help you.

The email I sent you mention the FBI investigation, your threats on me that recording is a felony (now you admitted that recording in public is legal), so you now agree that your comments on 11/15/2023 hearing (felony) was an extortion. You forward these emails to tghe US Marshall, as you said on 2/22/2023 and now they escort me in Court. This never happened to me in my life, not in Miami, NY, LA, Washington, London & Paris.

Surely, if that's what you think about me, then you can't be impartial.and you must recuse yourself.

If you recuse yourself it'll only help you, it is long long overdue.

Raz Ofer

Cell: 646 4317934.

---

**3 Attachments** · Scanned by Gmail



**Ra**
**z**
**Of**
**er**

FYI

Feb 24, 2023, 12:42 PM (6 days ago)



**Raz Ofer <raz.ofer2@gmail.com>**

Feb 24, 2023, 12:46 PM (6 days ago)

to Robert, chlo, Taylor

Hi All,

Just sent it to all Federal Court Judges and 11th Circuit Court of appeal, in connection with the recusal motion we filed today. I don't think she'll recuse herself, but it increases the pressure on her.

Raz

**2 Attachments** • Scanned by Gmail



**Raz Ofer <raz.ofer2@gmail.com>**

Mar 1, 2023, 1:35 AM (1 day ago)

to FLSB, ram_chambers, mim_chambers, pgh_chambers, altonaga, gayles, scola, moore, middle brooks, Dimitrouleas, martinez, williams, Kayla, crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl.chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.chambers, shb.chambers, fmh.chambers, jec.chambers, me, bcc: David

Judge Isicoff,

All Federal and 11th Circuit Court of Appeal Judges are copied.

Your criminal activities continue unabated, at a faster pace.

1. At today's hearing, you called the FBI investigation 'fantazy investigation'.....This is after you said last to be a Judge despite saying on the record that the FBI , 2/22/2023, that the FBI investigation was instigated by a friend of mine in the FBI. When I said that what you said has serious implications, you immediately responded that this was a 'joke'...FBI investigation isn't a joke and you speak in your Court room you're not an actor in a comedy show, you understand or not?

What you said is that the FBI is corrupt. Now come Judge Isicoff, or so called Judge, and say I want to continue to be a JUdge despite saying the FBI is corrupt.

No, Ms Isicoff, the FBI isn't corrupt, you're being investigated on multiple cases, not just about my 2 cases, your same business partners are involved in your criminal conspiracy, you, Stuart Kalb, Roniel Rodrigues and Mukamal.

Not only the FBI isn't corrupt, you're the only corrupt person in this saga, you sent your little friend to the FBI, from a different State, to find out about what you're being investigated, you asked your you didn't do it, friend to waste public money to get you critical information. I know the name of who you sent and the day he came, so don't tell me you didn't do it, which is what you said today. I replied that I've the name and I said under penalty of perjury that you did send your 'little' friend to the FBI, interesting that you wouldn't say under penalty of perjury that you didn't send him......

uPlease don't say again that you're not corrupt and a liar.

2. When I initially mentioned the recording that implicated you personally with grand theft, instead of demanding to immediately hear the tape and hold an evidentiary hearing, which is what every innocent Judge would do, you said that what I did recording without consent is a felony, you said it despite knowing that it was recorded in a public place with no expectation of privacy. You added, it's on record, I've the transcript, that I'm not allowed to use this recording or mention it to anyone and you were going to strike the recording, which you did the same day, so that your crimes can be concealed.

On 2/22/2023 you out of the blue said that the recording was in a public place, so it was legal, you said it in response to the other party Lawyer, Rosendorf, who said the recording was illegal as it was client lawyer privileged discussion, forgetting it was in a public place.

So now comes Ms Isicoff and admit that she her threats on me of Felony was an extortion, as above.

Today, the same Ms Isicoff said in open Court that when she said it was a felony it wasn't a RULING.....Ms Isicoff, who said it was a ruling, I said it was an extortion, which is what 3 prominent criminal lawyers said, 2 of them know you personally, I'll not mention names. Extortion is a 2nd degree felony, no way out of it, you'll have to do time.

You said today that you're not worried as you're a Federal Judge, yes you're an article 3 Federal Judge, luckily all other Federal Judges are super honest and fair, none of them is under criminal investigation by the FBI.

Why don't you just email everyone copied to this email saying' I, Laurel Isicoff, saying under penalty of perjury that I didn't ask anyone to approach the FBI to find out if I'm under criminal investigation'? Please do it. I'm saying under penalty of perjury that you did do it and I can prove it. I also gave you a business card of an FBI agent who is involved with the investigation, is not heading the investigation, but part of it.

You must stop lying.

3. I filed a motion today in response to the trustee's motion to approve a settlement with Ontario (an alleged creditor). I filed an initial response yesterday and said that it'll be supplemented today, as I was in hospital and I needed a Lawyer to work on the response and add the Statute and case laws.

I also emailed it to you and the other parties the complete motion, at 8AM, ahead of the hearing at 1:30PM, as prepared by a prominent Lawyer. Apparently, you instructed the clerk not to file this response, you knew it was solid as I emailed it to you before it was filed. Of course, you wanted to block it as you know it is a very strong motion backed by case laws which contradict your corrupt decision.

This full motion is attached to this email, so everyone can see that it is a very professional motion prepared by a very good lawyer.

At the hearing you said nothing, that you blocked the motion so that no one can see it in the docket, guess you didn't want the FBI to see it, knowing they monitor the docket and the hearings.....

When I mentioned today the final motion that I filed and that a Lawyer helped prepare it, you demanded to know the name of this lawyer saying it was illegal for a lawyer to help with the motion. Of course, I would never tell you his name, he follows your corrupt actions and knows you, so I'll never mention his name. This is outrageous, as you tried to threaten a lawyer not to help me.....Why do you care if a lawyer helps me, are you worried that the case laws he cites damage your corrupt decisions, how dare you threaten a lawyer who helps me. Instead of looking at case law and the merit of the case, you threaten me not to speak to a lawyer.

This afternoon we realized that despite filing this motion, you removed the link so no one who looks at the docket can see it. What makes it worth that you didn't even say you blocked and removed this motion from the record.

This is a clear criminal activity, of course you approved the trustee's motion while ignoring my reply, despite knowing it was prepared by a prominent lawyer.

I request that you immediately restore this motion and rearrange today's hearing based on the attached response.

I did today file a Federal lawsuit against Ontario, Stewart Title, Kagan (Ontario's lawyer and escrow agent who admitted stealing the $400K) and the trustee. You initially said that I'm not allowed to sue the trustee, but when I told you that this is nonsense as I sue him personally, you agree that I'm allowed to sue him.

4. Today you came up with a great idea, after you ruled on anything in a corrupt way, you said that you again denied the recusal motion I filed yesterday and instead you decided to remand the case to State Court.....You clearly doing it to get rid of this case due to the FBI investigation, it won't help you.

If you remand the case, so why don't you recuse yourself, it's the same thing, the only difference is that if you recuse yourself then another Judge will reconsider all your decisions, which you've a reason to object to it....

I was late to file a brief of your denial of the previous recusal motion, due to the fact that I was in hospital and other medical conditions, I'll try to file the brief tomorrow, I hope it'll be accepted. If not, I'll file an appeal on today's recusal which you denied despite knowing that you've already recused yourself by commenting at length on my recusal motion, where you can only say if it's legally insufficient, I attached the Statute, but you always believe that you're above the law.

Chief Federal Court Judge Altonaga,

I ask for a criminal investigation as to why Judge Isicoff blocked the attached motion and removed it from the docket without telling anyone; this is a super professional motion.


Raz Ofer

---

**One attachment** · Scanned by Gmail



**postmaster@usc ourts.gov**

Mar 1, 2023, 1:36 AM (1 day ago)

Your message couldn't be delivered to multiple recipients. The recipients weren't found at ca11.uscourts.gov Action Required Re



**Raz Ofer <raz.ofer2@gmail.com>**

Mar 1, 2023, 1:41 AM (1 day ago)

to crw.chambers, whp.chambers, rsr.chambers, jap.chambers, kcn.chambers, elb.chambers, rjl. chambers, alb.chambers, gbt.chambers, jle.chambers, jfd.chambers, shb.chambers, fmh.chamb ers, jec.chambers, me

---

On Wed, Mar 1, 2023 at 1:35 AM Raz Ofer <raz.ofer2@gmail.com> wrote:

Judge Isicoff,


All Federal and 11th Circuit Court of Appeal Judges are copied.


Your criminal activities continue unabated, at a faster pace.

1. At today's hearing, you called the FBI investigation 'fantazy investigation'.....This is after you said last to be a Judge despite saying on the record that the FBI , 2/22/2023, that the FBI investigation was instigated by a friend of mine in the FBI. When I said that what you said has serious implications, you immediately responded that this was a 'joke'...FBI investigation isn't a joke and you speak in your Court room you're not an actor in a comedy show, you understand or not?

What you said is that the FBI is corrupt. Now come Judge Isicoff, or so called Judge, and say I want to continue to be a JUdge despite saying the FBI is corrupt.

No, Ms Isicoff, the FBI isn't corrupt, you're being investigated on multiple cases, not just about my 2 cases, your same business partners are involved in your criminal conspiracy, you, Stuart Kalb, Roniel Rodrigues and Mukamal.

Not only the FBI isn't corrupt, you're the only corrupt person in this saga, you sent your little friend to the FBI, from a different State, to find out about what you're being investigated, you asked your you didn't do it, friend to waste public money to get you critical information. I know the name of who you sent and the day he came, so don't tell me you didn't do it, which is what you said today. I replied that I've the name and I said under penalty of perjury that you did send your 'little' friend to the FBI, interesting that you wouldn't say under penalty of perjury that you didn't send him......

uPlease don't say again that you're not corrupt and a liar.

2. When I initially mentioned the recording that implicated you personally with grand theft, instead of demanding to immediately hear the tape and hold an evidentiary hearing, which is what every innocent Judge would do, you said that what I did recording without consent is a felony, you said it despite knowing that it was recorded in a public place with no expectation of privacy. You added, it's on record, I've the transcript, that I'm not allowed to use this recording or mention it to anyone and you were going to strike the recording, which you did the same day, so that your crimes can be concealed.

On 2/22/2023 you out of the blue said that the recording was in a public place, so it was legal, you said it in response to the other party Lawyer, Rosendorf, who said the recording was illegal as it was client lawyer privileged discussion, forgetting it was in a public place.

So now comes Ms Isicoff and admit that she her threats on me of Felony was an extortion, as above.

Today, the same Ms Isicoff said in open Court that when she said it was a felony it wasn't a RULING.....Ms Isicoff, who said it was a ruling, I said it was an extortion, which is what 3 prominent criminal lawyers said, 2 of them know you personally, I'll not mention names. Extortion is a 2nd degree felony, no way out of it, you'll have to do time.

You said today that you're not worried as you're a Federal Judge, yes you're an article 3 Federal Judge, luckily all other Federal Judges are super honest and fair, none of them is under criminal investigation by the FBI.

Why don't you just email everyone copied to this email saying' I, Laurel Isicoff, saying under penalty of perjury that I didn't ask anyone to approach the FBI to find out if I'm under criminal investigation'? Please do it. I'm saying under penalty of perjury that you did do it and I can prove it. I also gave you a business card of an FBI agent who is involved with the investigation, is not heading the investigation, but part of it.

You must stop lying.

3. I filed a motion today in response to the trustee's motion to approve a settlement with Ontario (an alleged creditor). I filed an initial response yesterday and said that it'll be supplemented today, as I was in hospital and I needed a Lawyer to work on the response and add the Statute and case laws.

I also emailed it to you and the other parties the complete motion, at 8AM, ahead of the hearing at 1:30PM, as prepared by a prominent Lawyer. Apparently, you instructed the clerk not to file this response, you knew it was solid as I emailed it to you before it was filed. Of course, you wanted to block it as you know it is a very strong motion backed by case laws which contradict your corrupt decision.

This full motion is attached to this email, so everyone can see that it is a very professional motion prepared by a very good lawyer.

At the hearing you said nothing, that you blocked the motion so that no one can see it in the docket, guess you didn't want the FBI to see it, knowing they monitor the docket and the hearings.....

When I mentioned today the final motion that I filed and that a Lawyer helped prepare it, you demanded to know the name of this lawyer saying it was illegal for a lawyer to help with the

motion. Of course, I would never tell you his name, he follows your corrupt actions and knows you, so I'll never mention his name. This is outrageous, as you tried to threaten a lawyer not to help me.....Why do you care if a lawyer helps me, are you worried that the case laws he cites damage your corrupt decisions, how dare you threaten a lawyer who helps me. Instead of looking at case law and the merit of the case, you threaten me not to speak to a lawyer.

This afternoon we realized that despite filing this motion, you removed the link so no one who looks at the docket can see it. What makes it worth that you didn't even say you blocked and removed this motion from the record.

This is a clear criminal activity, of course you approved the trustee's motion while ignoring my reply, despite knowing it was prepared by a prominent lawyer.

I request that you immediately restore this motion and rearrange today's hearing based on the attached response.

I did today file a Federal lawsuit against Ontario, Stewart Title, Kagan (Ontario's lawyer and escrow agent who admitted stealing the $400K) and the trustee. You initially said that I'm not allowed to sue the trustee, but when I told you that this is nonsense as I sue him personally, you agree that I'm allowed to sue him.

4. Today you came up with a great idea, after you ruled on anything in a corrupt way, you said that you again denied the recusal motion I filed yesterday and instead you decided to remand the case to State Court.....You clearly doing it to get rid of this case due to the FBI investigation, it won't help you.

If you remand the case, so why don't you recuse yourself, it's the same thing, the only difference is that if you recuse yourself then another Judge will reconsider all your decisions, which you've a reason to object to it....

I was late to file a brief of your denial of the previous recusal motion, due to the fact that I was in hospital and other medical conditions, I'll try to file the brief tomorrow, I hope it'll be accepted. If not, I'll file an appeal on today's recusal which you denied despite knowing that you've already recused yourself by commenting at length on my recusal motion, where you can only say if it's legally insufficient, I attached the Statute, but you always believe that you're above the law.

Chief Federal Court Judge Altonaga,

I ask for a criminal investigation as to why Judge Isicoff blocked the attached motion and removed it from the docket without telling anyone, this is a super professional motion.


Raz Ofer

On Mon, Feb 6, 2023 at 12:24 PM Raz Ofer <raz.ofer2@gmail.com> wrote:

Dear Chief Federal Judge Altonega,

See below evidence that Judge Isicoff is under criminal investigation by the FBI. I call for an internal investigation into her criminal activities, see details below. She still refuses to recuse herself. This email will be published in the media.

Judge Isicoff,

I'm an investor in Miami, I invested tens of millions of dollars and created many jobs, let alone that I converted dilapidated buildings into luxury apartments buildings which now attract professionals, instead of drugs, prostitution and crime. I'll never let you and your partners in crime, Stuart Kalb, Roniel Rodriguez and Barry Mukamal, steal $30M of my money, never ever, over my dead body.

See attached business cards of one of the FBI agents involved with your criminal investigation. So now you MUST stop lying that you're not under criminal investigation and get your face out of these 2 cases, you MUST recuse yourself now. I know it is difficult for you to face criminal investigation by the FBI, you deserve it and you deserve to go to prison.  I'll never stop until I see you in prison.

In case of the slightest suspicion of impropriety then a Judge must recuse herself, but not when it comes to the corrupt Judge Isicoff, you'll refuse to recuse yourself out of fear that Stuart Kalb and Roniel Rodriguez will not pay you the bribes you agreed on. So, for you a criminal investigation of these 2 cases is insufficient....You're one of the biggest crooks and liars in the US.

See below a list of all your lies, unfortunately for you, they are all on the record. You've admitted to a felony of the second degree at the hearing on Friday, 2/3/2023, see below.

Other than your criminal activities, which I'll list below, in DRO CH-22-01130, you're acting without jurisdiction and you're refusing to arrange a hearing on this issue, although you know that if you rule without jurisdiction, you've no immunity, this is apart from your other criminal activities, see below.  I filed an expedited motion for a hearing on 1/17/2023, on the issue of jurisdiction, despite knowing the importance of this motion and the issue of jurisdiction, you

ignore it and refuse to arrange a hearing. I'll now sue you for damages of over $40M. Whether you agree or not, tghere'll be a hearing, you understand, corrupt Judge Isicoff?

I'll email later on today to all Federal Court Judges, 11th Circuit Court of Appeal and yourself full details of the FBI investigation, including a name of a special agent (a business card) involved with the investigation, he is not the only one, so once and for all, you'll not be able to continue lying on the record that you're not under criminal investigation. See attached the business card of the special agent. You are a crook and a professional liar.

Furthermore, you saw the two videos on YouTube, they say that you're under criminal investigation along with your partners in crime, Stuart Kalb and Roniel Rodriguez, see below the links. It also says that these videos were approved by the FBI. Get out of these 2 cases, so I don't need to see your face ever again lying and stealing money.

If one says that you're under criminal investigation by the FBI and you're not, surely these individual faces 25 years in prison. Interesting that you filed no criminal complaint.... You know you're a liar and a crook and that you're under criminal investigation.

Below is a link to 2 videos on YouTube, these videos are presented by Angel Martinez, you can check his credentials. In the videos he says that Judge Isicoff is under criminal investigation by the FBI, along with Stuart Kalb and Roniel Rodriguez. He is saying that the FBI approved this video and after the recording he was going to the FBI. If Mr Martinez is lying in the Videos about the FBI, then he faces 25 in prison, as no one can make baseless threats about an FBI investigation.

If there is the slightest perception of impropriety that a JUdge must recuse herself, for you even when you're under criminal investigation, this is not enough to recuse yourself, as you're a crook and a liar. Crooks like yourself believe they're above the law, I'm sure you'll be prosecuted. There is no perfect crime. Prisons are full of people thinking they'll never be caught, including Judges. You're not so smart.

1. I emailed you and your Law Clerk these videos, you can't say that you didn't see it. I attach below the links again.

Needless to say, that you didn't file a criminal complaint against the presenter Mr Martinez, you and your law clerk know the truth. Pity that you implicate your law clerk with your criminal activities, see below for more details.

2. DRO CH 22-12017, CH 22-01130 - This case was before Judge Guzman, State Court. Your partners in crime forged a deed, they brought alleged tenants that said that I was a bad landlord, although nobody looked at my buildings and spoke with my tenants. These alleged tenants never lived in this building; Kalb & Rodriguez paid them to give a false testimony under oath. Judge Guzman immediately appointed his high school friend, Ramon Abadin as a conservator, and took the building from me, in addition to an order that I can't enter to my building(s). Abadin appointed Melanie Damian as his lawyer, I had evidence that Melanie Damaian was a business partner of Stuart Kalb and Roniel Rodriguez (your partners in crime). Kalb was recorded outside Drexel (DRO Case) calling Damian and laughing how they're stealing the building with so-called Judge Guzman. I received ex-parte emails from Kalb and Rodriguez to Damain with a suggested language to hold me in criminal contempt for providing documents late. Kalb & Rodriguez asked Damian to pass it to Judge Guzman so he can hold me in criminal contempt. After a hearing later on this week, Damain immediately submitted a proposed order to hold me in criminal contempt, although this issue was not even discussed at the hearing. Of Course, Judge Guzman immediately signed this proposed order without changing a word and without waiting on comments from my lawyers. When I saw it, I immediately emailed Judge Guzman demanding he withdraw this fabricated order, giving him an hour before I file a criminal complaint. He withdrew it out of fear within 30 minutes and entered a proposed order my Lawyers submitted.

When I realized what Guzman is up to, I filed for chapter 11 as I was desperate to move the case out of this criminal, I knew what he was up to, everybody in the Courtroom saw he was a criminal.

This property is worth $12M, I bought it in cash for $4M in 2013 and invested $8M in cash renovating it, it had $1M in debt. It is far from Bankrupt, it has more than $11M in equity, which you now decided to give to your partners in crime for $5 (five dollars). I'll not let crooks like yourself do it, over my dead body.

I didn't believe that you're as corrupt as Guzman and give your partners in crime these 2 buildings (DRO - One title 2 folios) for $5 (five dollars) 2 buildings worth $12M, just because you said I had a typo error in my deed, see below, you're a well established crook. Now I understand that you're Melanie's Damian friend and also her sister in law, Magistrate Judge, Melissa Damian (I'm getting to her involvement below).

Recording in Public Place of Stuart Kalb & Roniel Rodriguez (Felony, Laurel Isicoff, Grand Theft & Extortion) - I said in a hearing before 11/15/2022 that I'm going to file a recording, which is a nuclear, I added that the recording was made in a public place without

expectation of privacy, which is legal. You said nothing about the
recording but you heard and it is on the record that I said it was
made in a public place.

When I spoke at a hearing on 11/15/2022, I mentioned that I filed the
recording in the docket, I said that your two partners in crime,
Stuart Kalb and Roniel Rodriguez, admit they committed a 'Grand Theft'
in the DRO case. You became white but said nothing, when I than said
that the tape mention your name, Laurel Isicoff, some 2 months before
I filed the petition, you exploded, screaming at me that recording is
a felony, although you knew and I said it again that the recording was
made in a public place and it's therefore legal. You threatened me
with felony charges and added that I'm not allowed to mention or use
the recording anymore. Making malicious threats fits the exact
definition of extortion, as you attempted to conceal your crimes, your
malicious threats is an extortion, which is a felony of the second
degree. See attached transcript, page 55 & page 56.  See attached
definition of extortion:

DEFAMATION; LIBEL; THREATENING LETTERS AND SIMILAR OFFENSESView Entire
Chapter
836.05   Threats; extortion.—Whoever, either verbally or by a written or
printed communication, maliciously threatens to accuse another of any
crime or offense, or by such communication maliciously threatens an
injury to the person, property or reputation of another, or
maliciously threatens to expose another to disgrace, or to expose any
secret affecting another, or to impute any deformity or lack of
chastity to another, with intent thereby to extort money or any
pecuniary advantage whatsoever, or with intent to compel the person so
threatened, or any other person, to do any act or refrain from doing
any act against his or her will, shall be guilty of a felony of the
second degree, punishable as provided in s. 775.082, s. 775.083, or s.
775.084.
History.—s. 42, sub-ch. 3, ch. 1637, 1868; RS 2420; GS 3261; RGS 5092;
CGL 7194; s. 1, ch. 57-254; s. 991, ch. 71-136; s. 1307, ch. 97-102.

You then said, see attached transcript that you'll be striking the
recording (as it was a felony), as your corrupt honor wanted to
conceal her crimes.

I filed a motion to reconsider your final SJ giving your partners
these 2 adjacent buildings worth $12M for $5, based on new evidence,
the recording, the new evidence being the admission of 'Grand Theft'
and your name mentioned before even the petition date.

At the hearing you made unbelievable explanations:

2.1. In connection to your name being mentioned before the petition

date, you said there are only 2 Judges.....I reminded you that the tape says clearly 'that Laurel Isicoff can find a way' (after they mentioned the Grand Theft). They don't say IF LAUREL ISICOFF, or a JUDGE CAN FIND A WAY.....It showed they believed they could move it to your corrupt and criminal honor, the number of Judges is irrelevant and an absurd claim, only crooks can say it.

As far as the Grand Theft, I said that I must be able to cross examine them (your partners in crime, Kalb & Rodriguez), to explain why they said they committed Grand Theft.....You smiled and said it is too late. Nothing is late, crooked Isicoff, you refused to listen to it when I brought it up, threatened me with felony and than you strike it, now it's late, you already decided to let them steal $12M, no crooked Isicoff, this will not work. You know that a Lawyer, Mark Roher, said that he drinks Whisky with your husband and they discuss the cases and passes to you what Roher needs and you do it.....Also, how did I know that your husband stopped drinking Whisky for 30 days, many people know it, it appears that your husband is also a crook, he's your partner in crime.

You and him look like nice people, so was Madoff....

No matter what you say, I demand a rehearing so this recording is heard, an evidentiary hearing must and will take place.

What was outrageous in this hearing last Friday, 3rd February 2023, that when Kalb & Rodriguez's Lawyer spoke (Mr Rosendorf - Your ex-law partner), he said that the recording was a privilege lawyer client discussion......You replied to Rosendorf, this was your biggest CRIMINAL MISTAKE, that the recording was in a public place so it's legal, it's on the record. You're not just a crook but seem to be retarded, as you admitted that the recording was legal and that you committed a felony when you threatened me with a felony...You must move your crooked face from these 2 cases. You can't steal $30M, no crooked Judge Isicoff.

As I mentioned your name, I knew if you say that you must immediately listen to the recording or arrange an evidentiary hearing, then it means you're innocent, but if you start threatening me not to use the tape, then you're guilty. You admitted that you're guilty. Any honest Judge when told about a recording where one side discuss that they committed a grand theft and mention the Judge's name, would immediately insist on listening to it, or at least recusing themselves, but not the crooked Judge Isicoff..

This case was only about the signature box, what if the grand theft is something they forged with the help of someone at Property Appraiser (PA), you would still let them steal $12M for $5 (five dollars).

No crook, you won't be able to do it.

I demand a new trial (you ruled on SJ although there were many issues of fact) because there is now new evidence that they committed grand theft. I had the recording for a long time as I had to improve the quality. It was you that didn't allow me to use it at the time, with your criminal activities, now you say it is too late and you denied the motion.

No crook, the recording will be heard.


3. Lies about Security Guard - I mentioned at a hearing on 1/30/2023 that for some reason when I come to Court, the security people telling me to wait as a guard must accompany me, as per your instructions....So you want a guard to accompany me, not Mr Rodriguez....When I asked you if it was your instructions, you said, on the record, that no, this has nothing to do with you....You again lied on the record, as I asked again when I came to Court on 2/3/2023, one of the the security guard, they said it is Judge Isicoff's instructions....It seems if one wants to know what is the truth when you speak, than clearly the truth is the opposite of what you say.....

You must recuse yourself, Crook.

4. Ontario - 942 Penn RR LLC - This building is worth over $15M with perhaps $200K in debt. The lawyer that recommended the chapter 11 filing made a huge malpractice violation. I had a fraudulent mortgage that had to cleared, my foreclosure lawyer, one of the best foreclosure lawyers in Miami, said he could easily do it in State Court, but the BK lawyer just thought how to make money. Despite me and the foreclosure lawyer telling him not to file it, he argued with me and told me he guarantees there'll be no trustee......

After a week, your corrupt honor appointed a trustee. Although I instructed the lawyer to dismiss the BK after 10 days, you denied it, as your partners Kalb & Rodriguez are Mr Mukamal partners (the so-called trustee), so you wanted to let them teal additional $15M. No crooked Isicoff, this will never happen. They had a tiny secured mortgage on a property worth over $15M, there was no reason in the world not to dismiss the BK 10 days after filing it. but the crooked Isicoff won't do it, she wants to make her children rich. Not with my money, crooked Isicoff.

Ontario's proof of claim is not just fabricated, but clearly criminal, it is an example of how the trustee has operated, no wonder he is a partner of your partners in crime, Kalb & Rodriguez:

1. The mortgage note provides that the $400K kept in Kagan's escrow account be used
immediately upon closing of the loan (Oct 2017) to pay the first mortgage (Immokalee).
2. Due to Kagan's (Ontario's Lawyer and Escrow Agent) misappropriation of the $400K, the Immokalee loan hasn't been paid.
3. Immokalee loaned J E Bley Overseas (former owner) just under $250K, so at the time of
the Ontario's closing, the Immokalee loan could have been settled for around $260K-
$270K. Now, 942 Penn (Penn) needs to pay $1,150,000.00, as a result of Ontario/Kagan
misappropriation of the $400K and the corrupt settlement by the trustee with Immokalee..
4. It is clear that the entire settlement with Immokalee must be paid by Ontario, or by
Ontario to the Estate and from the Estate to Immokalee.
5. At the JSC the Trustee claimed, along with Ontario, as part of their conspiracy, that I
gave Kagan instructions not to pay Immokalee. When I demanded to see proof of it, they
admitted they've no evidence.
6. This claim is an absurd as Kagan, as admitted by Ontario in the Federal Lawsuit in CA,
was Ontario's Lawyer and Escrow Agent, although they denied it in Florida State Court.
Penn has no contract with Kagan whatsoever, only with Ontario.
7. Ontario only have a SJ for $800K in the Flroida State Court, even this is not final and
Penn has a motion for reconsideration. The Court ruled that a trial is necessary regarding the stolen $400K and Penn's damages.

8. Had Ontario paid Immokalee the $270K in October or November 2017, than not only
Penn would not have had any liability to Immokalee (currently $1,150,000), but Penn
could have used thebalance of $130K to expedite the construction. This would allow
Penn to finish the construction faster and therefore generate additional revenue of at
least $2M.
9. Furthermore, Penn could have sold the building had the Immokalee loan been paid off,
this results in additional damages to Penn of over $3M.
10. Penn found out that Ontario sued him in a Federal Lawsuit in CA for $400K and obtained
a Judgement against him for $400K.

11. Kagan informed me that Ontario sued him in CA for the entire $1.2M, not just for the
$400K and obtained a judgment against him for $1.2M.

12. Ontario have sold some of Kagan's assets in LA and Florida and collected money for
him.

13. Now here comes Ontario, with Mr Silver and Mr Mukamal as the main conspirators, and
say the $1.2M Judgment Ontario got against Kagan is not enough, they also want
Penn to pay them $1.2M…..So that Ontario can get $2.4M plus interest, default interest.
and outrageously inflated legal fees. Scott Brown, Mukamal's Lawyer,
that this is allowed, it is cross state enforcement.....It's simply
two judgments against two different bodies, on the same money, this is criminal.

14. In other words, for example, I sue X for $1.2M and obtain a Judgment against X for this
amount. I realize that I can't collect from X, so I make up a claim against Y for the same.
$1.2M and obtain a judgment also against Y. Of course, I 'forget' to inform the Court to
drop the claim and Judgment against X…..If this isn't criminal, then nothing is.

15. Ontario confirms, and we checked the record in CA and they didn't drop the claim and
Judgment against Kagan.

16. Ontario claim that Evan returned to me around $300K in 2021. This was a return of a
loan from me to Kagan who needed funds to invest in a dispensary in LA (it is legal in
LA). The agreement says clearly that this has nothing to do with Penn's claim for
damages against Ontario.

17. The trustee brought a guy who claimed in Court that he is Kagan's lawyer, this guy has
withdrawn a few years ago, his claim that he still represents Kagan were false and a
fraud on the Court. The agreement he produced is a copy, not the original. There were a
few versions of this agreement between me and Kagan. I did text to Kagan saying he
paid off the $300K, I did it when I was in my car, after a few minutes I emailed him
saying that he did not pay. Regardless that this has nothing to do with Penn/Ontario,
Kagan had 3 months to pay back the $300K and he didn't. This agreement is null and
void.

18. Even if it was, even if it was related to Penn/Ontario, which in

all versions it says it is not,
then Ontario is still responsible for interest, default interest,
Penn's legal fees to fight Immokalee and Ontario and other damages,
interest, default interest, delay to constructions, etc. Again, this
agreement has nothing to do with penn/Ontario, so Ontario is liable to
the full damages as above.19. Stewart Title Policy, which I paid for
it, clearly says that Ontario must pay Immokalee on the day of
closing, (Oct 2017), so Ontario breached the title policy. They can't
blame Kagan, who was their lawyer and escrow agent.

Regardless, Stewart Title has to pay everybody's damages as a result
of Kagan's theft of $400K.

Your partners, Mukamal, Kalb & Rodriguez had to first find out with
Ontario why they didn't ask Stuart Title to pay everybody. Why Ontario
breached the contract with Stuart Title? Why if Ontario has a legal
written contract to pay Immokalee at closing (Oct 2017) Penn has now
to pay Immokalee $1,150,000....

Is it because Mr Silver, Ontario's Lawyer, is the one recommended
Mukamal to be appointed as a trustee and Mr Silver is a business
partner of Kalb & Rodriguez......

From $200K, now the trustee wants $6M, increasing his claim by $1M
every 2 weeks. No surprize, Brown said that Raz will have all his
motions denied as Isicoff approves all his motions.

You even signed an order barring me from entering my building, my
property, only dirty crooks can do it. It won't work, crooked Isicoff.

Crooked Isicoff - This won't work, over my dead body, you understand, crook?

5. DRO SJ - This couldn't be determined by SJ, it has many issues of
facts. More importantly, you had no jurisdiction to say that Ajar owns
it. DRO filed for BK, you can only deal with DRO assets. If you
corruptly rules that Ajar own the property, not DRO, because Ajar paid
$5 for a $12M property, than the BK is over, you can't rule that Ajar
owns it, you've no jurisdiction. If you rule without Jurisdiction than
you lose your immunity, I'll now sue you for $40M in damages. What is
even more outrageous, that I filed a motion for reconsideration on
1/17/2023. but you refuse to arrange a hearing, knowing you might lose
the bribes Kalb and Rodriguez agreed to pay to one of your many
charities and foundations.....It seems that even your Son who
tragically died in a car accident, has his own foundation.... This
technique is used widely by crooks who receive bribes...

6. DRO Bond - You refused my motion to extend the period I can post a
bond. I said I'm worried to bring money because of your partners, Kalb

& Rodriguez, are forging Judgments against me. I said I sold a property overseas and I need a week extension and suggested to show you the contract, but crooked Isicoff of course denied it.

5. DRO Jurisdiction - See above.

6. Furniture - DRO - I filed a motion to let me remove the furniture I personally bought, you said you would arrange a hearing. Now I understand that Kalb/Rodriguez offered you additional bribe of $500K you refuse to arrange a hearing.

You'll arrange a hearing, crooked Isicoff.

7. Antisemitism (Conservator) - DRO - Abadin, the conservator appointed by Guzman, went to mybuilding and made antisemitic comments about me, like Jews own two many properties, also asking if there are any jewish tenants. These affidavits were filed and you told me that you read it but I can't mention it... A week later you awarded Abadin additional $300K in conservator's certificate.

Antisemitism is criminal, so is helping spread it. I know you're Jewish, but the $1.7M in bribes seems to be more important to you.

My parents are holocaust survivors, from German origin, I was born and raised in Israel. My profession is IT, I used to work for the biggest IT companies in the world, for Accenture in NY (biggest software house in the world) and then for British Airways, in London.

When my mom was 7 years old, the police came to her class and told her to go home, her only 'crime' was that she was Jewish.....This will not happen again. At one point in my life, I decided to buy hotels in Berlin, just to show that I'm back despite of what happened to my family. Anyway, today the German people are great, they made a mistake.

You'll be prosecuted criminally for it.

See attached the antisemitic affidavits.

8. Ex-Parte Illegal Emails - See above. I've all these emails, I can forward it.

9. Public request - When Judge Isicof realized that I made a public request for her emails, she told me, on the record that I'm not allowed to request it, she knew she was lying. I'm filing a new request now in Federal Court in Miami.

10. Guzman Federal Lawsuit (Magistrate Judge Melissa Damian) - I sued Judge Guzman in Federal, see above for the reasons. Miraculously,

magistrate Judge Melissa Damian, the sister-in-law of Melanie Damian, which is at the center of the corruption with Judge Guzman, was appointed as a Judge....I immediately objected as Melanie Damian was mentioned in every filing, but Melissa Damian refused to recuse herself. She only did id after she prepared the dismissal order and left it to a senior Judge for him to sign. She is clearly implicated with the criminal activities in this case.

11. Obstruction of Justice - Once I filed a recusal motion mentioning you're under criminal investigation, you admitted that you signed an order to investigate me and said at the end of a hearing that you'll only cancel it if I stop your criminal investigation.  This is extortion and an obstruction of Justice, as you're trying to cause me to disappear so that I can provide more details of your criminal investigation.

12. Other Investigations - This isn't the first time you partner with Kalb/Rodriguez to steal other people money.

Everything in this email is true. I know that Isicoff would try to issue a warrant for my arrest, in order to hide her crimes. I'm happy to go to prison.

A fair Judicial system is a cornerstone of democracy, Judge's Isicoff attack on the US democracy must be stopped.

Raz Ofer


Below are links to the videos:

The judge faced a petition from the defense to remove herself from the case. - YouTube

Judicial Corruption in Miami: EEUU. The Scandalous Truth | Detective Angel - YouTube



**Ra**
**z**

10:18 AM (2 hours ago)

**Of
er**

---------- Forwarded message --------- From: Raz Ofer <raz.ofer2@gmail.com> Date: Mon, Feb 6, 2023 at 12: 12017, 22-01130, 942 Penn -

**R**

**Raz Ofer <raz.ofer2@gmail.com>**                                    10:33 AM (2 hours ago)

to me

**5 Attachments** · Scanned by Gmail

**R**

**Raz Ofer <raz.ofer2@gmail.com>**                                    10:34 AM (2 hours ago)

to me

**One attachment** · Scanned by Gmail

**R**

**Raz Ofer <raz.ofer2@gmail.com>**                                    10:36 AM (2 hours ago)

to me

---

**2 Attachments** • Scanned by Gmail



**Ra**
**z**
**Of**
**er**

12:13 PM (24 minutes ago)

Judge Isicoff, If it helps you to recuse yourself, I can forward a Federal Judge or an 11th Circuit Court of appe your FBI inve



**Ra**
**z**
**Of**
**er**

12:13 PM (24 minutes ago)

---------- Forwarded message --------- From: Raz Ofer <raz.ofer2@gmail.com> Date: Thu, Mar 2, 2023 at 12: 12017, 22-01130, 942 Pen



**Raz Ofer <raz.ofer2@gmail.com>**

12:14 PM (23 minutes ago)

to chlo, Taylor

**One attachment** • Scanned by Gmail

1. **CLAIM TO STAY ALL PROCEEDINGS IN BANKRUPTCY COURT PENDING THE FEDERAL LAWSUIT AGAINST DEFENDANTS ONTARIO, STEWART TITLE, EVAN KAGAN AND THE TRUSTEE, INCLUDING THE PROPOSED FRAUDULENT AUCTION.**
2. **CLAIM FOR DAMAGES AGAINST 1250916 Ltd, BARRY MUKAMAL (Trustee), STEWART TITLE GUARANTEE COMPANY and EVAN KAGAN (Ontario's Lawyer and Escrow Agent).**

As a background, attached as Exhibit A is a motion to Bankruptcy Court. However, this claim in Federal Court isn't on the issues raised in the motion to BK Court (Exhibit A), but on a claim for STAY and Damages against all defendants, as above.

This is not a typical Bankruptcy (BK) case, here the debtor owns a property worth over $15M with a real debt of maximum $300K, it only filed for BK on a recommendation of a BK Lawyer who now admits it was malpractice. Of course, the trustee now attempts to inflate all claims (POCs) and his fees so that the property cannot be redeemed.

The trustee realizes that he has no defense to his criminal conspiracy, his scheme has been exposed, so now he attempts a ridiculous character assassination against Ofer.

Here comes a trustee who is attempting to convert a malpractice chapter 11 filing into a chapter 7 filing, in order to enrich himself, this will not happen.

There is a sad issue in this case, the presiding Judge, Laurel Isicoff, is under criminal investigation by the FBI, along with her business partners, Stuart Kalb, Roniel Rodriguez and the Trustee, her actions are being closely watched. At a hearing on 2/22/2023, Judge Isicoff claimed that the FBI investigation is because Mr OFER has a friend at the FBI. When I said that such comment is nothing short of outrageous, the Judge responded that this was a joke, or a sarcastic comment. Regardless of the word she used, a Court

hearing is not a comedy show,.....The Judge clearly said, on the record, that the FBI investigation is a result of Mr Ofer's friend at the FBI. In other words, here comes Judge Isicoff telling the world that the FBI is corrupt, not that she is under investigation for bribes, not just in this case, but in numerous cases. A Judge who questions the integrity of the FBI, cannot be a Judge.

This is the same Judge who threatened Ofer with Felony when he said that he has a legal recording, in a public place that implicates Judge Isicoff with a criminal conspiracy by Stuart Kalb and Roniel Rodriguez and that this recording discusses the grand theft they committed. Judge Isicoff instead of asking to listen to the recording and hold an evidentiary hearing, threarened me with Felony, not realizing the Judge itself committed an extortion by threatening me with felony.

This Judge also ignored anti-semitic comments about me backed by sworn affidavits.

It is likely that given the circumstances, Judge Isicoff will attempt to distance herself from the trustee & Ontario's criminal conspiracy.

However, due to a clear conspiracy by the trustee & Ontario not to claim against the Title company, Stewart Title, this lawsuit in Federal Court is necessary in order to STAY proceedings in BK Court and also to determine the damages claim by myself against all defendants. I and Robert Mendez personally guarantee the Ontario Loan.

In this case, Ontario's lawyer and escrow agent, Evan Kagan, stole $400K from the funds due to 942 Penn RR LLC (Penn), resulting in massive damages to Penn. Under the loan agreement and in the title insurance by Stewart Title, Ontario had to pay the first mortgage, Immokalee, in full on the day of the closing of the Ontario loan, 17th Oct 2017. At the time the balance of the Immokalee loan was $260K. Now the trustee has settled with Immokalee for $1,150,000, so the trustee is trying to load Penn with debt as part of its criminal conspiracy, as described below.

Having said the above, I believe that Judge Isicoff now realized that she was wrong, perhaps as a result of the FBI investigation, a clear example is that at a hearing on 2/22/2023, to approve the 'compromise' settlement between the trustee and Ontario, she verbally approved the settlement and then let me speak. When I elaborated that this is a criminal scheme as the Trustee and Ontario refuse to bring in Stewart Title, who underwrote a policy to protect the $1.2M, she stopped me and turned to the trustee saying, 'you misled me', or something to this extent, asking him for a caselaw, which he didn't have. The Judge in an extraordinary move immediately vacated her order and arranged a new hearing, without a motion for reconsideration. It appears that

the Judge now realize that the trustee is misleading her from the very beginning.

However, due to the circumstances, we ask for a Stay of all proceedings in BK Court and to bring Stewart Title into the case, as the trustee and Ontario, refuse to do it due to the conspiracy described below.

1.The trustee's arguments reach new highs in this criminal conspiracy, it can be branded:

**'THE TRUSTEE LIES, FRAUD, FRAUD ON THE COURT AT ITS BEST'.**

This outrageous and fraudulent argument by the so-called trustee is only designed to help the criminal conspiracy by the trustee, Ontario, Stuart Kalb, Roniel Rodriguez, etc, in stealing millions of dollars from the debtor. The Debtor, Ofer & Mendez (DOM) never agreed to any fraudulent settlement between the trustee and Ontario, let alone an absurd request for an injunction. In fact, at the JSC, Ontario insisted on keeping the 'right' to pursue Ofer & Mendez personally based on their PG, so they knew that we'll counter claim. Now when Ontario and the trustee realize that DOM are aware of the Stewart Title Policy (STP) and the fact that Ontario must claim against STP, then out of the blue they request for a ridiculous injunction. Unbelievably, the injunction they request is that DOM can't sue Ontario, but Ontario can sue OM on their PG.

Although the JSC was presided by the honorable Judge Hyman, the trustee insisted on managing the 'negotiation' with Ontario by himself, not letting Judge Hyman intervene.

**The criminal scheme is simple, the trustee and Ontario (TO) are interested to stop DOM from redeeming the property, so that the property can be sold to their brokers friends on behalf of the so-called trustee and Ontario (It was Ontario who selected this so-called trustee). So, TO doesn't want to claim against the title policy, which they've to by law, instead they prefer to claim against Debtor.**

When the trustee was crossed in a hearing in BK Court, he claimed that he has no knowledge of the Stewart Title Policy, but then admitted that he doesn't understand in title policy. He added that he has no idea why Ontario did not claim against Stewart Title.

No Judge will let this criminal fraud to prevail.

The trustee's response claims that without an injunction Ontario wouldn't have agreed to the settlement. How dare the trustee once again attempt to mislead the Court, as above, Ontario insisted to keep it's right to pursue OM for their PG, not asking for an injunction. The Ontario claim will be determined by Federal Court.

2. If the trustee and Ontario are confident that justice is being done and their actions are legal, then why would they insist on injunction so that they can't be sued. As above, they insisted on the right to prosecute OM based on their PG, so did they mean that they can do it but OM can't counter claim.

The idea of 'injunction' so that DOM can't sue TO is nothing but sickening, a clear criminal conspiracy by TO. DOM does not want Ontario to enter into this settlement agreement, so Ontario's claim that they wouldn't enter into this fraudulent settlement agreement is nothing but further criminal fraud, the Court will not be part of it.

The settlement as appear in the Trustee's response is as follows:

THE SETTLEMENT: Subject only to entry of a final, non-appealable order of the Bankruptcy Court approving the Settlement in its entirety and granting the Trustee's motion to approve the Settlement (the "Approval Order"), the Settlement Parties agree, in full and final settlement of (i) any and all claims that Ontario may possess against the Bankruptcy Estate, the Trustee, and/or the Debtor, including, but not limited to, the Ontario POC, and (ii) any and all claims that the Bankruptcy Estate, the Trustee, and/or the Debtor may possess against Ontario, including, but not limited to, the Counterclaim, as follows:

So, the trustee is seeking injunction that OM can't sue TO, but Ontario can still sue OM for their PG, unless OM agree to join this agreement, which they strongly object to.

3. None of the case laws brought up by the trustee deal with a similar case, where Ontario and the trustee have a legal duty to approach Stewart Title for payment of the damages caused by the theft of their lawyer and escrow agent, Evan Kagan.  This is a criminal scheme, as described above, see trustee's obligations in chapter 11:

In a Chapter 11 case, the trustee's role is to reorganize a debtor's business obligations, debts, and assets to emerge from bankruptcy and continue operation.

Here, a corrupt trustee is trying to load more debt on the debtor so the property can be sold to the trustee and Ontario, through their brokers, hence the trustee and Ontario are ignoring their legal duty to claim damages from Stewart Title, who underwrote the title policy insuring Ontario against a theft of the $1.2M by their lawyer and escrow agent. There is no case law granting an injunction where a trustee and a creditor are conspiring to defraud the estate, particularly here in well above water and surplus estate.

For example, If my car hit another car at the back, than I need to pay the other car, but all I've to do is to give the other driver my insurance policy, he can't tell me I insist on you paying me, not your insurance.......

Again, the issue isn't an injunction, but the Trustee and Ontario's obligation to claim against Stewart Title.

3. The issue with Ontario isn't about the injunction, but about the fact that the entire settlement is full of fraudulent allegations, Ontario POC is clearly a criminal claim:

1. This settlement is fraudulent and criminal.
2. The Trustee was aware that Ontario, as appears in Ontario's motion for MSJ and in the Stewart Title Policy, was contractually obligated to pay Immokalee in full at the closing of the Ontario Loan, in Oct 2017. Itle Policy.
3. Ontario failed to do it as their Lawyer and escrow agent, Kagan, misappropriated $400K.
4. The balance at the time to Ontario was around $260K, now the Trustee settled with Immokalee for $1,150,000.00.
5. What happened afterwards is irrelevant, Ontario based on Stewart Title Policy and the mortgage note had a contractual obligation to pay Immokalee at closing and they did not. Ontario is the one who must pay Immokalee, they agreed to it with the debtor and with Stewart Title. The debtor or Ofer have no legal standing to tell Ontario's lawyer what to do.  If anything, for example, the debtor or Ofer would have told Kagan not to record the mortgage at all……
6. Stewart Title insured the $1.2M and they must pay compensation to all injured parties, including 942 Penn.
7. This settlement must be rejected, as the only issue is how much money Ontario has to pay 942 Penn, not what 942 Penn have to pay Ontario.
8. Also, Ontario now have one Judgment for $1.2M against Kagan from a CA Federal Court and now they try to collect the same amount also from 942 Penn. This has criminal implications. Not to mention that they've already collected money from Kagan, by selling his house in LA and apartment in Sunny Isles, Miami. Ontario is refusing to provide a sworn affidavit of how much money they already collected from Kagan, let alont that with their CA Judgment they can collect from him at anytime in future.
9. The trustee's Lawyer, Scott Brown, said that this is legal as it's cross state collection. This is fraud on the Court, as this is obtaining 2 Judgments against 2 different entities, for the same money, not 'cross state collection'.

I ask the Court to issue an injunction STAYING all proceedings in BK Court including the pending auction sale of the property pending determination by this Court (Federal Court) of the Ontario claim and the counter claim against Ontario.

The damages claim against the defendants is as follows:

1. 1250916 Ontario Ltd - $3M or as determined by this Court.
2. Barry Mukamal — Trustee - $2M or as determined by this Court.
3. Stewart Titel Guarantee Company - $1.2M or as determined by this Court.
4. Evan Kagan (Ontario's Lawyer and escrow agent) - $2M.
5. From: **Raz Ofer** <raz.ofer2@gmail.com>
   Date: Thu, Mar 2, 2023 at 12:13 PM
   Subject: Re: DRO - CH 22-12017, 22-01130, 942 Penn - CH 22-14038 - Judge Isicoff is under Criminal Investigation by the FBI
   To: FLSB LMI Chamber <lmi_chambers@flsb.uscourts.gov>,
   <ram_chambers@flsb.uscourts.gov>, <mim_chambers@flsb.uscourts.gov>,
   <pgh_chambers@flsb.uscourts.gov>, <altonaga@flsd.uscourts.gov>,
   <gayles@flsd.uscourts.gov>, <scola@flsd.uscourts.gov>, <moore@flsd.uscourts.gov>,
   <middlebrooks@flsd.uscourts.gov>, <Dimitrouleas@flsd.uscourts.gov>,
   <martinez@flsd.uscourts.gov>, <williams@flsd.uscourts.gov>
   Cc: <crw.chambers@ca11.uscourts.gov>, <whp.chambers@ca11.uscourts.gov>,
   <rsr.chambers@ca11.uscourts.gov>, <jap.chambers@ca11.uscourts.gov>,
   <kcn.chambers@ca11.uscourts.gov>, <elb.chambers@ca11.uscourts.gov>,

<rjl.chambers@ca11.uscourts.gov>, <alb.chambers@ca11.uscourts.gov>,
<gbt.chambers@ca11.uscourts.gov>, <jle.chambers@ca11.uscourts.gov>,
<jfd.chambers@ca11.uscourts.gov>, <shb.chambers@ca11.uscourts.gov>,
<fmh.chambers@ca11.uscourts.gov>, <jec.chambers@ca11.uscourts.gov>

6.

7. Judge Isicoff,

8.

9. If it helps you to recuse yourself, I can forward a Federal Judge or an 11th Circuit Court of appeal Judge, not to you, texts about your FBI investigation, so you can no longer deny it.

10.

11. Also, you asked your 'little' friend to go to the FBI to ask about your investigation, you wasted public money, I've a text when he came. You denied it but I can prove it.

12.

13. They told your friend that only your partners, Stuart Kalb & Roniel Rodriguez are being investigated, not you....You must be crazy to think that someone would have told you that you're being investigated, so that you stop with your criminal activities......

14.

15. The fact that you sent your friend to find out shows how worried you're'. I'm asking you once again, please deny under oath that you sent a friend to the FBI.

16.

17. The business card I gave you of an FBI special agent is just one of the team investigating you, the investigation is much bigger than what you imagine, not just in my cases.

18.

19. Now you've blocked me from filing anything, you're not above the law. No lawyer will tell you that you're under criminal investigation, as you would threaten him/her and refer him to the bar.

20.

21. You just try to stop me from filing so the trustee can sell a $15M property for $5M and all of you will share the profit.

22.

23. If I lie about the FBI investigation, it's very serious, then try to do something to me, you'll see what happens.....

24.

25. You're repeatedly breaching my civil rights, supporting anti-semitic affidavits by your partners, saying 'Jews own too many properties, etc, everybody read these affidavits, you said you read it but said I can't mention it. Last week you said it's not your responsibility to deal with it and I need to go to the Anti Defamation League (ADL)...

26.

27. No, anti-semitism is criminal, it's in the constitution, it is in your court room, no Judge would have ignored it, only a corrupt one.

28.

29. I showed these anti-semitic affidavits to one of America's most prominent Lawyer, if not the best one, a Harvard Law Professor, Alan Dershowitz, I know him, he flipped when he saw the anti-semitic affidavits.

30.
31. I spoke with him in order to retain him, he's not admitted in Florida and not living here, he agreed to enter an appearance with a local lawyer he knows, Kendall Coffey. Kendall knows you, guess it's not easy for him, but Alan knows the case well, I brief him about your actions.
32.
33. If necessary, it'll be all over the media and it'll get to the senate, your actions are so rare, this case has a huge amount of public interest.
34.
35. You also threatened me that I committed a felony with the recording in a public place, saying I'm not allowed to use the recording.....When you said it, the FBI already had it, this is the recording that implicates you and when Kalb/Rodriguez mention Grand Theft. You said you can't hear Grand Theft, so I sent you the transcript, you said you won't read it. Now you admit that the recording is legal and that you committed an extortion, a 2nd degree felony, you'll do time.
36.
37. At one time, I coughed and .you screamed at me, not that I care about you say.
38.
39. You threatened me with a bench arrest on an issue that you don't have jurisdiction over, not that I'm worried about all the crap and garbage you say.
40.
41. There are reasons I didn't release other incriminating evidence about you, you leave me no choice.
42.
43. You must immediately stop blocking my filing, or I'll apply for an injunction from Federal Court. I'm happy for any Federal Court Judge to review the motions and decide if they're proper motions before uploading it.
44.
45. Finally, I believe that overnight someone tampered with my emails. I'm an IT expert, before I got involved in Real Estate, I've a computer Science degree from Tel Aviv University and used to work for the biggest IT companies in the world, like Accenture (in NY) and British Airways (in London), I still have a world wide reputation in certain areas of IT. I know someone hacked into my desktop, so I need to investigate it. I'm not saying you're behind it, but all the emails with you are affected.
46.
47. Raz Ofer
48.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

DRO 15R LLC,

     Debtor.

Case No.  22-12017-LMI

Chapter 11

_____/

### AFFIDAVIT OF RAZIEL OFER

Before me, the undersigned authority, duly authorized to take acknowledgements and administer oaths, personally appeared **RAZIEL OFER** ("Affiant"), who say(s) under penalties of perjury that:

1.  I have a personal knowledge of the facts recited herein.

2.  I am the Manager of DRO 15R LLC (the "Debtor") and also the owner of 50% of the membership interests in the Debtor.

3.  I purchased 1560 Drexel Ave & 1568 Drexel Ave, Miami Beach (one title, 2 folios, 2 adjacent buildings), in 2013 for $4M in cash.

4.  I own multifamily buildings in Miami Beach worth more than $35M. I also own buildings in NYC, LA, London and in other cities.

5.  I usually buy dilapidated buildings and renovate them, increasing the value the buildings and attracting professional tenants, instead of drug dealers, prostitution, etc. This in turn increases the tax revenue the City collects.

6.  I have excellent relationships with the City of Miami Beach.

7.  Some of my properties in Miami Beach are the best on the beach.

8.    As opposed to the misleading motions filed by the conservator, I never had complaints from any tenants in any of my buildings, the opposite, all my tenants are more than happy to live in my buildings and always refer their friends to my buildings.

9.    The conservator has fabricated testimony from a few tenants, who never lived in my building, never had a lease or evidence they ever paid rent in this building.

10.    In fact, the conservator Ramon Abadin , are bribing tenants by giving them free rent in return for them giving false testimony, under oath, against me and DRO.

11.    I invite anyone to visit my buildings and see for themselves the quality of the buildings and also speak with tenants.

12.    In addition to my lien of over $12M, there is also additional lien for $1M.

13.    The other party, Ajar Holdings, LLC ("Ajar"), filed a motion before Judge Butchko (Circuit Court) to void my Deed, Judge Butchko denied their motion.

14.    I invested in the building around $12M, between the purchase price and the cost of the renovation. The argument about ownership is academic, as I can always foreclose on the property using my liens.

15.    The other property filed a forged deed with property appraisal for which the price on the deed is $2 (two dollars), for a property worth $12M.

16.    I've been renovating the property for 4 years, I've obtained the permit and no one else can have a permit to do the work.

17.    Eric Stein, the attorney for Metropolitan Mortgage, who has around $1.1M mortgage stated at the hearing on March 25, 2022 that DRO (me) is the only one that should be allowed to continue with the renovation.

18.     I have 3 final inspections to pass, these are only a formality, mechanical final, electrical final and building final.

19.     Electrical and mechanical only require for steps to be installed to the roof and underneath the building. Building final will be signed off once I pass electrical and mechanical final, I've already passed all buildings inspections. I

20.     t should take me 1-2 weeks to get the Certificate of Occupancy.

21.     I'm losing $100K a month is revenue loss.

22.     Although the building has 16 apartments, it's one of the nicest buildings in the art deco area in South Beach.

23.     Two bedrooms apartments in this building will generate $7K a month, possibly more. $100K a month is a conservative estimate. I own over 120 apartments in Miami Beach.

24.     The conservator, Mr. Abadin along with Ajar's representatives, Stuart Kalb and Roniel Rodriguez, are only conspiring in order to extort me.

25.     Ajar knows that it cannot get ownership of the Property.

26.     Ajar has stated that for $1M they would step aside, instead I plan to sue for them for millions in damages.  This offer (extortion) was made by Stuart Kalb, he made it clear that Abadin is his partner in this deal.

27.     I have explosive evidence about Judge Guzman, his friend Abadin and the other party in Federal Court lawsuit, all the evidence about this conspiracy will be unveiled in Federal Court.

28.     There are 2 police reports against the Conservator for theft of my personal property, and the police is investigating.

3

29.     The Conservator changed the locks to the vacant building in an attempt to extort me.

30.     Abadin is knocking on tenants doors and making antisemitic comments against me, sworn affidavits have been filed in the Federal Court lawsuit against Judge Guzman and Abadin.

31.     The comments are that Jews own most of the buildings and it has to be stopped.

32.     Tenants have been asked by Abadin if there are Jewish tenants in the building.

33.     Copies of two affidavits are attached hereto as Composite Exhibit "A".

-remainder of page intentionally left blank-

34.    The Conservator has stolen my personal items from the vacant building, worth in excess of $3M, including Jewelry my Mom left to me, Rims of my new Cunning (SUV) Rolls Royce (rims worth in excess of $15K and my car is worth in excess of $500K).

FURTHER AFFIANT SAYETH NAUGHT.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true.


_____

**Raziel Ofer**


State of Florida
County of Miami-Dade


The foregoing instrument was sworn to and subscribed before me this \_\_\_ day of March, 2022, by RAZIEL OFER who [ ] is personally known or [ ] has produced a driver's license as identification.

[Notary Seal]

_____

Notary Public

Printed Name:  _____

My Commission Expires:

# COMPOSITE EXHIBIT "A"

## AFFIDAVIT

I, *Bernard Adell*, say under penalties of perjury that:

1. I have a personal knowledge of the facts recited herein.

2. Mr Ramon Abadin knocked on my door saying he's the owner of 1560 & 1568 Drexel Ave and 1568 Drexel Ave.

3. Mr Ramon Abadin says I must not talk to Raz Ofer who no longer owns the building and added that the Jews own too many buildings, and he needs to pau an end.

4. Mr Ramon Abadin made it clear that I'm not allowed to speak to Raz Ofer and if I do, he'll do all he can to evict me.

5. Furthermore, Mr Abadin said that if I agree to testify against Raz Ofer than he'll let me live rent free in apartment 6, 1568 Drexel Ave, for 12 months.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

Name: _____

Date: 2/10/2022

STATE OF FLORIDA
COUNTY OF Miami Dade
The foregoing instrument was acknowledged before me by means of ( X ) physical presence or (____) online notarization this 10 day of February, 20 22.

By: ADell Bernakdo

Personally Known _____ OR produced identification X

Type of Identification Produced Driver License

X _____

**JOSE GABRIEL SANCHEZ**
Commission # HH 206194
Expires December 8, 2025

1

## AFFIDAVIT

I, _Debora Garcia_ say under penalties of perjury that:

1. I have a personal knowledge of the facts recited herein.

2. Mr Abadin knocked on my door at Apartment 5, 1568 Drexel Ave and said that he's owner of 1560 Drexel Ave & 1568 Drexel Ave, Miami Beach.

3. He asked me if I'm Jewish and if I know if there're other Jewish tenants in the building? I answer NO to both questions and asked him why my religion is relevant? Mr Abadin replied that the previous owner was Jewish and they don't want to rent apartments to Jews, I was shocked and terrified.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

Name: _Debora Garcia_
Date: _02/11/2022_

1

**AFFIDAVIT**

I, _Jairo Pena_____, say under penalties of perjury that:

1. I have a personal knowledge of the facts recited herein.

2. Mr Abadin, who claim to be the new owner of 1560 Drexel Ave & 1568 Drexel Ave, changed the lock to the apartment I live in, 1568 Drexel Ave, apartment 3 and called the number from a cell phone he found in the apartment.

3. The phone belongs to my work colleague, who passed the call to me. He informed me that he just changed the lock and that I'm not allowed to enter the apartment anymore. I asked Mr Abadin if he has a possession order and whether he came with the Sheriff to change the lock? Mr Abadin confirmed that he did it without a possession order anhd that he did it without the Sheriff.

4. I informed Mr Abadin that he must have a possession order and he must come with the Sheriff, as his actions are illegal and constitute a criminal offense, for which he'll be prosecuted criminally. Mr Abadin said that he knows it and asked me not to file a police report and he'll leave the door open, so that I can go back to my apartment.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

Name: _Jairo Pena_
Date: _02-14-2022_

Notary Public State of Florida
Miyerlin Robaina
My Commission GG 982325
Expires 03/23/2024

1